U.S. District Court

[redacted]

15 E, 300 South 4th Street
Mpls., Mn. 55414
664-5053
Fax: 664-5154

November 16, 2004

COUNSEL OF RECORD

RE: Cr.#00-365 United States v. Michael Mooney

Dear Counsel,

Please be advised that Chief Judge James Rosenbaum has rescheduled the motion hearing in the above-styled case to **Monday, November 29, 2004 at 2:00 p.m.**

All future correspondence with the Court should be routed thru the following e-mail address: rosenbaum_chambers@mnd.uscourts.gov. **This is not the same as filing on CM/ECF**

If you have any questions, please call. Thank you.

Sincerely yours,

s/Heather Labat
Heather Labat Calendar Clerk to
Chief Judge James Rosenbaum
Ph.#612-664-5053
Fax #612-664-5154
e-mail Heather_Labat@mnd.uscourts.gov

cc: All Counsel of Record
Probation Office