OFFENSE LEVEL COMPUTATIONS – PRESENTENCE REPORT

(November 1, 1994 Guidelines Applied)

| Counts 1Through 8 – Mail Fraud | | Level |
|---|---|---|
| | § 2 F1.1 Base Offense Level | 6 |
| * | § 2 F1.1(b)(1)(I) Amount of Gain ($200,000 to $300,000) | +8 |
| * | § 2 F1.1(b)(2) more than minimal planning | +2 |
| * | § 3 B1.3 Role in the Offense (Abuse of Position of Special Trust) | +2 |
| Adjusted Offense Level | | 18 |

| Counts 9 Through 12 – Securities Fraud | | |
|---|---|---|
| | § 2F1.2(a) Base Offense Level | 8 |
| * | § 2F1.1(b)(i)(I) Amount of gain | +8 |
| | § 3B1.3 Role in Offense (Abuse of Position of Special Trust) | +2 |
| Adjusted Offense Level | | 18 |

| Counts 13 Through 17 – Money Laundering | | |
|---|---|---|
| | § 2S1.2(a) Base Offense Level | 17 |
| * | § 2S1.2(b)(1)(B) (Defendant Knew Funds were Proceeds of Fraud) | +2 |
| * | §§ 2S1.2(b)(2)(C) and 2S1.1(b)(2)(C) ($274,000 in illegal proceeds) | +2 |
| Adjusted Offense Level | | 21 |

| | |
|---|---|
| Total Offense Level | 21 |
| Criminal History Category | I |
| Range: | 37 to 46 months |

* Enhancements with no Jury Findings which therefore offend Blakely.

Def. Release
EXHIBIT
1

MPLS-Word 70597.1

OFFENSE LEVEL COMPUTATIONS – In Compliance with Blakely

(Assuming the Jury Verdict of $70,000 in money laundered applies to Mail Fraud and Securities Fraud Counts)
(Assuming Court must use only the parts of the guidelines authorized by the verdict).
(November 1, 2001 Guidelines Applied – in effect on August 21, 2002, date of the sentence).

| Counts 1Through 8 – Mail Fraud | Level |
|---|---|
| § 2 B1.1(a) Base Offense Level | 6 |
| § 2 B1.1(b)(1)(D) Amount of Gain | |
| (more than $30,000, not more than $70,000) | +6 |
| Adjusted Offense Level | 12 |

| Counts 9 Through 12 – Securities Fraud | |
|---|---|
| § 2B1.4(a) Insider Trading Base Offense Level | 8 |
| §§ 2B1.4(b)(1) and 2B1.1(b)(1)(D) Amount of gain | +6 |
| (more than $30,000, not more than $70,000) | |
| Adjusted Offense Level | 14 |

| Counts 13 Through 17 – Money Laundering | |
|---|---|
| § 2S1.1(a)(1) Base Offense Level | 14 |
| (Same Base Offense Level as for underlying offenses) | |
| § 2S1.1(b)(2)(a) and § 1957 Conviction | +1 |
| Adjusted Offense Level | 15 |

| | |
|---|---|
| Total Offense Level | 15 |
| Criminal History Category | I |
| Range: | 18-24 months |

Def. Release
EXHIBIT
2

OFFENSE LEVEL COMPUTATIONS – In Compliance with Blakely

(Assuming the Jury Verdict of $70,000 in money laundered DOES NOT apply to Mail Fraud and Securities Fraud Counts)
(Assuming Court must use only the parts of the guidelines authorized by the verdict)
(November 1, 2001 Guidelines Applied – in effect on August 21, 2002, date of the sentence)

| Counts 1Through 8 – Mail Fraud | Level |
|---|---|
| § 2 B1.1(a) Base Offense Level | 6 |
| § 2 B1.1(b)(1)(D) Amount of Gain | +0 |
| Adjusted Offense Level | 6 |
| **Counts 9 Through 12 – Securities Fraud** | |
| § 2B1.4(a) Insider Trading Base Offense Level | 8 |
| §§ 2B1.4(b)(1) and 2B1.1(b)(D) Amount of gain (zero gain) | +0 |
| Adjusted Offense Level | 8 |
| **Counts 13 Through 17 – Money Laundering** | |
| § 2S1.1(a)(2) Base Offense Level (Same Base Offense Level as for underlying offenses) | 8 |
| § 2S1.1(b)(2)(A) and § 1957 Conviction | +1 |
| Adjusted Offense Level | 9 |

| | |
|---|---|
| Total Offense Level | 9 |
| Criminal History Category | I |
| Range: | 4-10 months |

Def. Release
EXHIBIT
3