IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**
Case No: 00-CR-365 (JMR)

Michael Alan Mooney,

Defendant.

---

I hereby certify that on November 29, 2004, I caused the following documents:

*Defendant's Response to Government's November 24, 2004 Letter Brief*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mr. Michael Ward, AUSA
Michael.ward@usdoj.gov

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants: n/a.

Dated: November 29, 2004

**s/Cheryl Havanac**
Cheryl Havanac