UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-365(JMR/ESS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | ORDER FOR RELEASE PENDING APPEAL |
| v. | ) | |
| MICHAEL ALAN MOONEY, Defendant. | ) | |

This matter came before the Court on November 30, 2004 on the Defendant's Motion for Release Pending Appeal under 18 U.S.C. § 3143(b). The defendant was represented by Jon M. Hopeman and Eric J. Riensche. The United States was represented by James E. Lackner, Assistant United States Attorney.

Upon the arguments of counsel and upon all the files, records, and proceedings in this matter, it is hereby ordered:

1. The defendant Michael Alan Mooney is hereby ordered immediately released from the custody of the United States Bureau of Prisons. Mr. Mooney's release shall last until disposition of his direct appeal to the United States Court of Appeals in No. 02-3388 and until this Court issues a further order concerning Mr. Mooney's sentence following disposition of the appeal, all pursuant to 18 U.S.C. § 3143(b).

2. Mr. Mooney is ordered released on his personal recognizance on the same terms and conditions as he was released pending his trial and sentence. Any signature bond signed on December 21, 2000 by Mr. Mooney shall be deemed in full force and

SCANNED
NOV 30 2004
U.S. DISTRICT COURT MPLS

effect. The terms and conditions of release signed by Mr. Mooney on December 21, 2000 shall remain in full force and effect.

3. Mr. Mooney shall report to United States Pretrial Services in Minneapolis within seven days after his release to notify them of his address and telephone number. He shall report as directed by U.S. Pretrial Services.

Dated: November 30th, 2004

JAMES M. ROSENBAUM
Chief Judge
United States District Court