# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Michaell Alan Mooney,
Defendant.

**COURT MINUTES**
BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 00-365 JMR/FLN |
| Date: | November 30, 2004 |
| Court Reporter: | Dawn Hansen |
| Tape Number: | |
| Time Commenced: | 8:35 |
| Time Concluded: | 9:05 |
| Time in Court: | 0 Hours & 30 Minutes |

APPEARANCES:

Plaintiff: Jim Lackner, Assistant U.S. Attorney
Defendant(s): Jon Hopeman for Michaell Alan Mooney 9 FPD X CJA 9 Retained

Interpreter / Language: /

**Defendant's Fourth Motion for Release Pending Appeal and for Stay of Prison Sentence (Doc #113)**.

Deft(s) addtl briefs due: Govt's addl briefs due:

Motions taken under advisement as of:

: ORDER TO BE ISSUED 9 NO ORDER TO BE ISSUED 9 R&R TO BE ISSUED 9 NO R&R TO BE ISSUED

9 Exhibits retained by the Court 9 Exhibits returned to counsel 9 Bond continued 9 Remanded into custody of USM

s/Heather Labat
Signature of Calendar Clerk