UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-365(1)(JMR/FLN)

United States of America )
)
v. ) ORDER
)
Michael Alan Mooney )

This matter is before the Court on the government's motion to sentence the defendant, and defendant's concurrent motion to defer sentencing, pending his application for a writ of certiorari in the United States Supreme Court. The Court conducted a phone conference on January 5, 2006. After due consideration, the Court finds the defendant is neither a risk of flight, nor a danger to the community. Therefore, sentencing is deferred pending any proceedings in the United States Supreme Court.

IT IS SO ORDERED.

Dated: January 10, 2006

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge