# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL HEARING-PHONE CONFERENCE

UNITED STATES OF AMERICA,
Plaintiff,
v.

Michael Mooney,
Defendant.

**COURT MINUTES**
BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 00-365 JMR/FLN |
| Date: | January 5, 2006 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 3:02 p.m. |
| Time Concluded: | 3:12 p.m. |
| Time in Court: | 10 Minutes |

## APPEARANCES:

Plaintiff: Mike Ward, Assistant U.S. Attorney
Defendant: Jon Hopeman for Michael Mooney : CJA

Phone Conference held re: Government's motion to sentence the defendant, and defendant's concurrent motion to defer sentencing, pending his application for a writ of certiorari in the United States Supreme Court. The Court finds the defendant is neither a risk of flight, nor a danger to the community. Therefore, sentencing is deferred pending any proceedings in the United States Supreme Court.

: ORDER TO BE ISSUED

s/Heather Labat
Signature of Calendar Clerk