2018520

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
MAR 6 2006
MICHAEL G. [illegible]NS
CLERK OF COURT

March 1, 2006

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

CR 00-365 JMR/FLN

Re: Michael Alan Mooney
v. United States
No. 05-9467
(Your No. 02-3388)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 27, 2006 and placed on the docket March 1, 2006 as No. 05-9467.

Sincerely,

**William K. Suter**, Clerk

by [signature]

Ruth Jones
Case Analyst

RECEIVED
MAR 2006
U. S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
MAR 10 2006
U.S. DISTRICT COURT ST. PAUL

RECEIVED
U. S. COURT OF APPEALS
EIGHTH CIRCUIT