206446

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 19, 2006

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

FILED
JUN 26 2006
MICHAEL GANS
CLERK OF COURT

Re: Michael Alan Mooney
v. United States
No. 05-9467
(Your No. 02-3388)

CR 00-365 JMR/FLN

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

SCANNED
JUL 10 2006
U.S. DISTRICT COURT ST. PAUL

RECEIVED
JUN 26 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT