**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**No. 00-CR-365 (JMR/FLN)**

---

United States of America,

Plaintiff,

vs.

Michael Alan Mooney,

Defendant.

**DEFENDANT MICHAEL A. MOONEY'S MOTION REGARDING SENTENCING AFTER EXHAUSTION OF APPEALS**

---

Defendant Michael A. Mooney, by his counsel, Jon M. Hopeman and Eric J. Riensche, moves for the following relief:

1. Sentencing Mr. Mooney to 30 months, with credit for 26 months time served, and placing him on supervised release.

2. Alternatively, reducing Mr. Mooney's sentence from 42 months to 37 months (a sentence within the original guideline range), with credit for 26 months served and ordering that the remainder of the sentence be served on home confinement, for a total of 5½ months on home confinement.

3. Alternatively, ordering that the remainder of the original 42 months sentence, with credit for 26 months served, be served as a Zone B Guidelines sentence, and ordering that it be served by home confinement.

4. For such other and further relief as the Court deems fair.

This motion is made upon the grounds stated in the attached memorandum of law, and upon all the files, records and proceedings in this matter.

Dated: September 1, 2006.

s/Jon M. Hopeman

Jon M. Hopeman, MN #47065
Eric J. Riensche, MN #309126
Attorneys for Defendant Michael A. Mooney
Felhaber, Larson, Fenlon & Vogt, P.A.
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4504
Telephone: (612) 339-6321
Fax: (612) 338-0535