**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**No. 00-CR-365 (JMR/FLN)**

---

United States of America,

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

Michael Alan Mooney,

Defendant.

---

I hereby certify that on September 1, 2006, I caused the following:

1. Defendant Michael A. Mooney's Motion Regarding Sentencing After Exhaustion of Appeals; and
2. Defendant Michael A. Mooney's Memorandum of Law

to be **electronically** filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| James E. Lackner | james.lackner@usdoj.gov |
| Michael E. Ward | mike.ward@usdoj.gov |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participant:

Frank Magill
Assistant U.S. Attorney
United States Attorney's Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

| | |
|---|---|
| Chief Judge Rosenbaum | rosenbaum_chambers@mnd.uscourts.gov |

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

James E. Lackner<br>james.lackner@usdoj.gov — Via E-mail

Michael E. Ward<br>mike.ward@usdoj.gov — Via E-mail

Frank Magill<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>600 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 — Via U. S. Mail

Dated: September 1, 2006.

s/Jon M. Hopeman

Jon M. Hopeman, MN #47065
Eric J. Riensche, MN #309126
Attorneys for Defendant Michael A. Mooney
Felhaber, Larson, Fenlon & Vogt, P.A.
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4504
Telephone: (612) 339-6321
Fax: (612) 338-0535