# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 00-365(JMR/FLN)

MICHAEL ALAN MOONEY,

Defendant.

I hereby certify that on September 15, 2006, I served, or caused to be served, the following documents:

MEMORANDUM OF THE UNITED STATES IN OPPOSITION
TO DEFENDANT'S MOTION FOR RESENTENCING

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

**Jon M Hopeman**
jhopeman@felhaber.com chavanac@felhaber.com

RACHEL K. PAULOSE
United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Legal Assistant