UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-365(JMR/FLN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **MOTION AND MEMORANDUM OF THE UNITED STATES FOR AN ORDER SETTING A DATE BY WHICH DEFENDANT MUST SURRENDER FOR SERVICE OF THE REMAINDER OF HIS SENTENCE** |
| V. | ) | |
| MICHAEL ALAN MOONEY, Defendant. | ) | |

_____On August 21, 2002, after being convicted at trial, this court sentenced defendant, Michael Alan Mooney, to serve a sentence of 42 months in prison. On November 30, 2004, after defendant had served 26 months of the sentence, this court released the defendant "until disposition of his direct appeal." Order, Docket 124.

On October 10, 2005, the Eighth Circuit Court of Appeals, en banc, affirmed the defendant's sentence of 42 months in prison. United States v. Mooney, 425 F. 3d 1093, 1104 (8th Cir. 2005). On June 19, 2006, the United States Supreme Court denied defendant's Petition for Writ of Certiorari. United States v. Mooney, 126 S. Ct. 2889 (2006).

Defendant's direct appeal has been concluded. The defendant's 42 month sentence has been affirmed by the Eighth Circuit Court of Appeals. Defendant is required by law to serve the remainder of his sentence. Therefore, the United States moves this court for an

order setting a date by which defendant must surrender to serve the final 16 months of his sentence.

Dated: 9/15/06

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

*s/ Frank Magill*

BY: FRANK J. MAGILL, JR.
Assistant U.S. Attorney
Attorney ID No. 168476