UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-365(1)(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Michael Alan Mooney | ) | |

Having exhausted his appeals, defendant is ordered to serve the remainder of his sentence. Defendant shall voluntarily surrender for service of sentence at the institution designated by the Bureau of Prisons ("BOP") before 2:00 p.m. on the date designated by the BOP. If no designation has been made by October 30, 2006, defendant shall surrender to the United States Marshal for the District of Minnesota before 2:00 p.m. on that day.

IT IS SO ORDERED.

Dated: September 29, 2006

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge