UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-365

| | | |
|---|---|---|
| MICHAEL ALAN MOONEY,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES,<br><br>Respondent. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

00-365

Petitioner's Name

Michael Alan Mooney

Remove AUSA

James E. Lackner

Add AUSA

Erica MacDOnald

RACHEL K. PAULOSE
United States Attorney

Dated: 6/25/07

s/James E. Lackner for
BY: JAMES E. LACKNER
Assistant U.S. Attorney