UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 00-365 (01) (JMR/FLN)
Civ. No. 07-2802 (JMR)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ALAN MOONEY,<br><br>Defendant. | UNITED STATES MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255 |

The United States of America, by and through its attorneys, Rachel K. Paulose, United States Attorney, and Erica H. MacDonald, Assistant United States Attorney, moves the Court for an enlargement of time in which to respond to defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255. The government's response is due July 30, 2007.

The Assistant United States Attorney who prosecuted this case is no longer with the office. The matter has been reassigned to the undersigned. Due to the undersigned's caseload and other professional responsibilities, counsel for the government requests an extension to, and including August 15, 2007, to file its response.

Dated: July 31, 2007

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/Erica H. MacDonald
BY: ERICA H. MACDONALD
Assistant U.S. Attorney