UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 00-365 (1) (JMR/FLN)
Civ. No. 07-2802 (JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | ORDER |
| v. | ) | |
| MICHAEL ALAN MOONEY, Defendant. | ) | |

The above-entitled matter is before the undersigned United States Chief Judge, pursuant to Plaintiff's request for enlargement of time.

WHEREFORE IT IS ORDERED,

For good cause established, that the United States shall have until August 15, 2007, in which to respond to Defendant's habeas motion pursuant to 28 U.S.C. § 2255.

Dated: July 31, 2007

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge