# Listing of Attachments

1. 2255 Grounds
2. Synopsis
3. Trading Details
4. False Statements
5. Ineffective Assistance

SCANNED
MAY 28 2008
U.S. DISTRICT COURT ST. PAUL