CONFIRMATION OF EXERCISE

United HealthCare Corporation
41-1321939
P.O. Box 1459
Mail Route MN12-S246
Minneapolis, MN 55440-1459

Michael A. Mooney
10089 Purgatory Rd
Eden Prairie MN 55347

SS#: 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

| | | | |
|---|---|---|---|
| Grant Number | 881290 | Date of Exercise | 04/13/95 |
| Grant Date | 04/24/89 | Shares Exercised | 20,000 |
| Grant Type | NQ | Market Value per Share | $45.8750 |
| Plan | 1988 | Option Price per Share | $1.7500 |

Calculation of Gain

| | |
|---|---|
| Market Value | $917,500.00 |
| Option Price | <$35,000.00> |
| Total Gain | $882,500.00 |

Calculation of Taxes

| | Rate % | Amount |
|---|---|---|
| Federal | 28.000 | $247,100.00 |
| MN State | 7.000 | $61,775.00 |
| Soc. Sec. | 6.200 | $0.00 |
| Medicare | 1.450 | $12,796.25 |
| Total Tax | | $321,671.25 |

Cash Exercise

| | |
|---|---|
| Total Option Price | $35,000.00 |
| Total Tax | $321,671.25 |
| Total Due Company | $356,671.25 |

Registration:
Michael A. Mooney
SS#: 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
10089 Purgatory Rd
Eden Prairie MN 55347

Cert:1 X 20,000

Confirm Date: 04/13/95

cc: Kathy Evans
Diane Flottemesch
Margee Shapiro
Karen Stanley
Shelly Pribyl
Tax Letter File
File

Def.
# 52

SCANNED
MAY 28 2008
U.S. DISTRICT COURT ST. PAUL