United HealthCare Corporation
William W. McGuire, M.D.
President, Chairman and
Chief Executive Officer

TO: Health Plan CEO's
Business Unit Heads
Business Support Heads
Corporate Senior Staff

FROM: Bill McGuire

DATE: April 21, 1995

RE: UHC and the Managed Care Market

This was perhaps the most tumultuous week ever for publicly-traded managed care companies. Between April 18 and April 20, a major sell-off hurt every market valuation. Examples include U.S. Healthcare (-26.3%), Humana (-15.2%), HealthSource (-13%), Pacificare (-11.4%), and Coventry (-15.7%). United HealthCare fared relatively well, falling 10% over the two day period.

Two events precipitated the sell-off, which came against a background of increasingly bearish sentiment among some sell-side analysts who are concerned about possible medical cost increases leading to lower profits. This mood was supported by announcements in March that Physicians Corporation of America (PCAM) and John Alden, a major small group insurer, would have first quarter earnings 30% to 40% below their 1994 first quarter.

The fall which began on April 18 came after United Wisconsin Services pre-announced earnings that would be 50% to 55% below last year's first quarter. They attributed this decline to higher costs in their PPO network, which we believe in fact to be their essentially unmanaged small group product sold by the subsidiary insurance company AMS. That entity competes with John Alden, Emphyses, and The Principal as a major player in the national small group market. We believe they have underpriced their products and are now caught in the problem, just like Alden. We believe this is a problem shared by all these companies and should lead to them pushing rate increases of 6% to 20% in the future.

Perhaps the most damaging announcements came from U. S. Healthcare late Tuesday morning. They stated that their medical loss ratio was going to increase 300-400 basis points and they would be pricing more aggressively in an effort to grow market share. As an aside, their medical loss ratio was 68% in the 4th quarter of 1994 and obviously not sustainable anyway. But the precipitous nature of their announcement, coupled with some conflicting information between their spokesmen, led to a wholesale panic.

DEF

9900 Bren Road East
P.O. Box 1459
Minneapolis, Minnesota 55440-1459
(612) 936-1219
FAX: (612) 936-0044

SCANNED
MAY 28 2008
U.S. DISTRICT COURT ST. PAUL

We presented at the Merrill Lynch Conference in New York yesterday (April 20) and were able to stem the panic in our stock for at least the present time. Our message centered around several major themes:

- Significant upside for growth exists given the size of the health care market and the many untapped lives in the commercial, Medicaid, and Medicare segment.
- Medical costs in our plans appear stable and we believe opportunities exist to further lower those costs in 1995 and beyond.
- We will continue the discipline of pricing consistent with our cost trends and seek to improve our products (design, network size, etc.) and services in order to avoid competing strictly on rates.
- Premium increases for commercial groups are low because low cost trends and various competitive pricing pressures in markets. Episodes of inappropriate pricing have always occurred and will eventually stop as companies run into earnings or reserve problems (cf. John Alden, United Wisconsin).
- We should be able to maintain or even slightly expand margins in the face of low premium increases if we continue to manage to stable or lower medical costs. This is something we believe to be possible.

I appreciate how downturns in our stock price disappoint our employees, particularly when it seems to relate to results at companies other than our own. The only consistent way out of that comparison is superior performance. While we can't change behavior of competitors, we can maximize our own endeavors to ensure the best results. At present that means we must take every step to appropriately lower medical costs in 1995 and into 1996, and have that reflected by stable or improving overall margins. This is the first priority for our business unit leadership, and should be followed closely by overall administrative cost control that leads to ever lower SG&A wherever possible. Our success as a company will be directly related to the near-term results of these efforts.

It is important that each of you ensure that our employees understand the dynamics behind the market reactions of the week as well as where our efforts must be focused to maintain our position of market and industry leadership. It is equally important that you move aggressively to achieve the goals we have set forth through the focus noted above. Providing value to customers through better services and lower costs will produce growth and earnings advancement. The public market will distinguish and reward those who achieve such results. This is an extraordinarily important juncture for us and only by differentially superior results will we advance.

WWM:gmc
uncmucnstock