SECURITIES, INC
SUITE 142
619 MARQUETTE AVE. SOUTH
MINNEAPOLIS, MN 55402

MICHAEL MOONEY
10089 PURGATORY RD
EDEN PRAIRIE MN 55347-4746

| PERIOD ENDING | ACCOUNT # | A.E NUMBER |
|---|---|---|
| 12/30/94 | 300-34102-18 | 009 |
| LAST STATEMENT | TAXPAYER ID # | PAGE |
| 11/25/94 | 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 | 1 |

| ACCOUNT SUMMARY | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| CASH ACCOUNT | .00 | .00 |
| MARGIN ACCOUNT | 286,279.60DR | 486,637.19DR |
| NET ACCOUNT BALANCE | 286,279.60DR | 486,637.19DR |
| PRICED PORTFOLIO VALUE | 634,000.00 | 575,680.00 |
| TOTAL ACCOUNT EQUITY | 347,720.40 | 89,042.81 |

| INCOME SUMMARY | THIS MONTH | YEAR TO DATE |
|---|---|---|
| TAXABLE DIVIDENDS | .00 | 337.92 |
| MARGIN INTEREST EXPENSE | 2,826.96 | 17,454.65 |

AVOID DELAYS IN RECEIVING YEAR-END TAX INFORMATION. PLEASE TAKE A MOMENT AND CHECK THE TAX-PAYER ID NUMBER WHICH APPEARS IN THE BOX IN THE UPPER RIGHT HAND CORNER OF THIS STATEMENT. THE TAXPAYER ID NUMBER SHOULD BE IDENTICAL TO YOUR SOCIAL SECURITY NUMBER. IF THERE IS A DISCREPANCY, PLEASE CALL YOUR BROKERAGE FIRM BEFORE JANUARY 31ST TO CORRECT THE ID NUMBER.

PORTFOLIO SUMMARY

| TYPE | QUANTITY | DESCRIPTION | SYMBOL | PRICE | MARKET VALUE | ESTIMATED RATE | ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| MARGIN | 12,162 | UNITED HEALTHCARE CORP | UNH | 45.125 | 548,810 | .030 | 365 |
| MARGIN | 100 | CALL UNITED HLTHC MAR 045 **** EXP 03/18/1995 | UNHC45 | 2.687 | 26,870 | | |

PRICED PORTFOLIO VALUE 575,680 — CURRENT ESTIMATED YIELD .063% — TOTAL ESTIMATED INCOME 365

REGULAR ACCOUNT ACTIVITY

| TYPE | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| | | | | FUNDS PAID AND RECEIVED | | | |
| MARGIN | 12/30 | | CHECK | 300031240 | | 197,530.63 | |
| | | | | SECURITIES RECEIVED AND DELIVERED | | | |
| MARGIN | 12/30 | 162 | RECEIVED | UNITED HEALTHCARE CORP | | | |
| | | | | MARGIN INTEREST | | | |
| MARGIN | 12/16 | | INTEREST | INT FR 11/16 THRU11/168 7 1/4% BAL 235,806 AVBAL 235,806 | | 47.49 | |
| MARGIN | 12/16 | | INTEREST | INT FR 11/17 THRU12/158 8 % BAL 286,279 AVBAL 272,355 | | 1,755.18 | |
| MARGIN | 12/30 | | INTEREST | INT FR 12/16 THRU12/318 8 % BAL 288,082 AVBAL 288,082 | | 1,024.29 | |

A CONSOLIDATED 1099 FORM CONTAINING DIV INT OID AND 1099B INFORMATION WILL BE MAILED TO YOU SEPARATELY

GOVERNMENT EXHIBIT
41
00-365 (JMR)

FILED
MAY 28 2008
U.S. DISTRICT COURT ST. PAUL

010 8 A 01 12/31/94;12:24 P6 47,239

RECOM SECURITIES, INC.
SUITE 142
619 MARQUETTE AVE. SOUTH
MINNEAPOLIS, MN 55402

MICHAEL ROONEY
10089 PURGATORY RD
EDEN PRAIRIE MN 55347-4746

| PERIOD ENDING | ACCOUNT # | A.E. NUMBER |
|---|---|---|
| 01/27/95 | 300-34102-18 | 009 |
| LAST STATEMENT | TAXPAYER ID # | PAGE |
| 12/30/94 | 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 | 1 of 1 |

| ACCOUNT SUMMARY | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| CASH ACCOUNT | .00 | .00 |
| MARGIN ACCOUNT | 486,637.19DR | 488,259.76DR |
| NET ACCOUNT BALANCE | 486,637.19DR | 488,259.76DR |
| PRICED PORTFOLIO VALUE | 575,680.00 | 994,498.00 |
| TOTAL ACCOUNT EQUITY | 89,042.81 | 506,238.24 |

| INCOME SUMMARY | THIS MONTH | YEAR TO DATE |
|---|---|---|
| MARGIN INTEREST EXPENSE | 1,622.57 | 1,622.57 |

PORTFOLIO SUMMARY

| TYPE | QUANTITY | DESCRIPTION | SYMBOL | PRICE | MARKET VALUE | ESTIMATED RATE | ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| MARGIN | 22,162 | UNITED HEALTHCARE CORP | UNH | 44.00 | 975,128 | .030 | 665 |
| MARGIN | 100 | CALL UNITED HLTHC MAR 045 ..... EXP 03/18/1995 | UNHC45 | 1.937 | 19,370 | | |

| PRICED PORTFOLIO VALUE | CURRENT ESTIMATED YIELD | TOTAL ESTIMATED INCOME |
|---|---|---|
| 994,498 | .066% | 665 |

REGULAR ACCOUNT ACTIVITY

| TYPE | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT | COMM. |
|---|---|---|---|---|---|---|---|---|
| | | | | SECURITIES RECEIVED AND DELIVERED | | | | |
| MARGIN | 01/04 | 10,000 | RECEIVED | UNITED HEALTHCARE CORP | | | | |
| | | | | MARGIN INTEREST | | | | |
| MARGIN | 01/18 | | INTEREST | INT FR 01/01 THRU01/15@ 8 % BAL 486,637 AVBAL 486,770 | | 1,622.57 | | |

A CONSOLIDATED 1099 FORM CONTAINING DIV INT OID AND 1099B INFORMATION WILL BE MAILED TO YOU SEPARATELY

010 8 A 01 01/28/95.14 25 PG 34,285

MTD.
YTD.

SUITE 142
615 MARQUETTE AVE. SOUTH
MINNEAPOLIS, MN 55402

MICHAEL MOONEY
10089 PURGATORY RD
EDEN PRAIRIE MN 55347-4746

| PERIOD ENDING | ACCOUNT # | A.E. NUMBER |
|---|---|---|
| 02/28/95 | 300-34102-18 | 009 |
| LAST STATEMENT | TAXPAYER ID # | PAGE |
| 01/27/95 | 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 | 1 OF 1 |

| ACCOUNT SUMMARY | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| CASH ACCOUNT | .00 | .00 |
| MARGIN ACCOUNT | 488,259.76DR | 526,818.51DR |
| NET ACCOUNT BALANCE | 488,259.76DR | 526,818.51DR |
| PRICED PORTFOLIO VALUE | 994,498.00 | 956,716.00 |
| TOTAL ACCOUNT EQUITY | 506,238.24 | 429,897.49 |

| INCOME SUMMARY | THIS MONTH | YEAR TO DATE |
|---|---|---|
| MARGIN INTEREST EXPENSE | 3,558.75 | 5,181.32 |

PORTFOLIO SUMMARY

| TYPE | QUANTITY | DESCRIPTION | SYMBOL | PRICE | MARKET VALUE | ESTIMATED ANNUAL RATE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| MARGIN | 22,162 | UNITED HEALTHCARE CORP | UNH | 43.00 | 952,966 | .030 | 665 |
| MARGIN | 100 | CALL UNITED HLTHC MAR 045 **** EXP 03/18/1995 | UPHC45 | .375 | 3,750 | | |

PRICED PORTFOLIO VALUE 956,716 — CURRENT ESTIMATED YIELD .069% — TOTAL ESTIMATED INCOME 665

REGULAR ACCOUNT ACTIVITY

| TYPE | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT | COMMISSION |
|---|---|---|---|---|---|---|---|---|
| | | | | FUNDS PAID AND RECEIVED | | | | |
| MARGIN | 02/03 | | CHECK | 300031661 | | 35,000.00 | | |
| | | | | MARGIN INTEREST | | | | |
| MARGIN | 02/16 | | INTEREST | INT FR 01/16 THRU02/02 @ 8 % BAL 488,259 AVBAL 488,156 | | 1,952.63 | | |
| MARGIN | 02/16 | | INTEREST | INT FR 02/03 THRU02/15 @ 8 1/2% BAL 523,259 AVBAL 523,259 | | 1,606.12 | | |

A CONSOLIDATED 1099 FORM CONTAINING DIV INT OID AND 1099B INFORMATION WILL BE MAILED TO YOU SEPARATELY

B R 01 03/01/95,19:39 PG 35,181

K 04

RECOM SECURITIES, INC.
SUITE 142
619 MARQUETTE AVE SOUTH
MINNEAPOLIS, MN 55402

MICHAEL MOONEY
10089 PURGATORY RD
EDEN PRAIRIE MN 55347 4746

| PERIOD ENDING | ACCOUNT # | R.E NUMBER |
|---|---|---|
| 03/31/95 | 300-34102-18 | 009 |
| LAST STATEMENT | TAXPAYER ID # | PAGE |
| 02/28/95 | 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 | 1 OF 1 |

| ACCOUNT SUMMARY | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| CASH ACCOUNT | 00 | 00 |
| MARGIN ACCOUNT | 526,818 51DR | 514,417 23DR |
| NET ACCOUNT BALANCE | 526,818 51DR | 514,417 23DR |
| PRICED PORTFOLIO VALUE | 956,716 00 | 1,036,074 00 |
| TOTAL ACCOUNT EQUITY | 429,897 49 | 521,656 77 |

| INCOME SUMMARY | THIS MONTH | YEAR TO DATE |
|---|---|---|
| MARGIN INTEREST EXPENSE | 3,482 86 | 8,664 18 |

PORTFOLIO SUMMARY

| TYPE | QUANTITY | DESCRIPTION | SYMBOL | PRICE | MARKET VALUE | ESTIMATED RATE | ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| MARGIN | 22,162 | UNITED HEALTHCARE CORP | UNH | 46.75 | 1,036,074 | .030 | 665 |

PRICED PORTFOLIO VALUE 1,036,074 CURRENT ESTIMATED YIELD .064% TOTAL ESTIMATED INCOME 665

REGULAR ACCOUNT ACTIVITY

| TYPE | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT | COMMIS |
|---|---|---|---|---|---|---|---|---|
| | | | | BUY-SELL TRANSACTIONS | | | | |
| MARGIN | 03/20 | 100- | SOLD | CALL UNITED HLTHC MAR 045 **** EXP 03/18/1995 CLOSING CONTRACT | 1 5/8 | | 15,884.14 | 36 |
| | | | | MARGIN INTEREST | | | | |
| MARGIN | 03/16 | | INTEREST | INT FR 02/16 THRU03/158 8 1/2% BAL 526,818 AVBAL 526,818 | | 3,482.86 | | |

MICHAEL MOONEY
10089 PURGATORY RD
EDEN PRAIRIE MN 55347-4746

| PERIOD ENDING | ACCOUNT # | A.E. NUMBER |
|---|---|---|
| 04/28/95 | 300-34102-18 | 009 |
| LAST STATEMENT | TAXPAYER ID # | PAGE |
| 03/31/95 | 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 | 1 OF 1 |

| ACCOUNT SUMMARY | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| ...COUNT | .00 | .00 |
| ... ACCOUNT | 514,417.23DR | 765,040.57DR |
| ... ACCOUNT | .00 | 409.86CR |
| ACCOUNT BALANCE | 514,417.23DR | 765,630.71DR |
| ... PORTFOLIO VALUE | 1,036,074.00 | 1,220,248.00 |
| ... ACCOUNT EQUITY | 521,656.77 | 454,617.29 |

| INCOME SUMMARY | THIS MONTH | YEAR TO DATE |
|---|---|---|
| TAXABLE DIVIDENDS | 409.86 | 409.86 |
| MARGIN INTEREST EXPENSE | 3,263.63 | 11,927.81 |

PORTFOLIO SUMMARY

| | QUANTITY | DESCRIPTION | SYMBOL | PRICE | MARKET VALUE | ESTIMATED RATE | ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| .. | 33,662 | UNITED HEALTHCARE CORP | UNH | 36.25 | 1,220,248 | .030 | 1,010 |

TOTAL PORTFOLIO VALUE 1,220,248 — CURRENT ESTIMATED YIELD .082% — TOTAL ESTIMATED INCOME 1,010

REGULAR ACCOUNT ACTIVITY

| | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT | COMMISSION |
|---|---|---|---|---|---|---|---|---|
| | | | | BUY-SELL TRANSACTIONS | | | | |
| .. | 04/03 | 8,500- | SOLD | UNITED HEALTHCARE CORP CORRECTION IN COMMISSION AS OF 03/27/95 | 47 1/2 | | 403,311.54 | 425.00 |
| | | | | DIVIDENDS AND INTEREST | | | | |
| .. | 04/17 | | DIVIDEND | UNITED HEALTHCARE CORP CASH DIV ON 13662 SHS REC 04/03/95 PAY 04/15/95 | .03 | | 409.86 | |
| | | | | FUNDS PAID AND RECEIVED | | | | |
| .. | 04/03 | | CHECK | 300032266 | | 235,000.00 | | |
| .. | 04/17 | | CHECK | 300032469 | | 356,671.25 | | |
| .. | 04/19 | | CHECK | 300032493 | | 60,000.00 | | |
| | | | | SECURITIES RECEIVED AND DELIVERED | | | | |
| .. | 04/19 | 20,000 | RECEIVED | UNITED HEALTHCARE CORP | | | | |
| | | | | MARGIN INTEREST | | | | |
| .. | 04/17 | | INTEREST | INT FR 03/16 THRU04/15@ 8 1/2% BAL 346,105 AVBAL 445,884 | | 3,263.63 | | |

E A 01 04/29/95.10 49 PG 35,900 MTD 425.00 YTD 790.31

F 09

SUITE 142
619 MARQUETTE AVE. SOUTH
MINNEAPOLIS, MN 55402

MICHAEL MOONEY
10089 PURGATORY RD
EDEN PRAIRIE MN 55347-4746

| PERIOD ENDING | ACCOUNT # | A.E. NUMBER |
|---|---|---|
| 05/26/95 | 300-34102-18 | 009 |
| LAST STATEMENT | TAXPAYER ID # | PAGE |
| 04/28/95 | 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 | 1 OF 2 |

| ACCOUNT SUMMARY | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| CASH ACCOUNT | .00 | .00 |
| MARGIN ACCOUNT | 766,040.57DR | 107,513.49DR |
| INCOME ACCOUNT | 409.86CR | .00 |
| NET ACCOUNT BALANCE | 765,630.71DR | 107,513.49DR |
| PRICED PORTFOLIO VALUE | 1,220,248.00 | 529,540.00 |
| TOTAL ACCOUNT EQUITY | 454,617.29 | 422,026.51 |

| INCOME SUMMARY | THIS MONTH | YEAR TO DATE |
|---|---|---|
| TAXABLE DIVIDENDS | .00 | 409.86 |
| MARGIN INTEREST EXPENSE | 5,298.05 | 17,225.86 |

PORTFOLIO SUMMARY

| TYPE | QUANTITY | DESCRIPTION | SYMBOL | PRICE | MARKET VALUE | ESTIMATED RATE | ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| MARGIN | 13,662 | UNITED HEALTHCARE CORP | UNH | 36.125 | 493,540 | .030 | 410 |
| MARGIN | 64 | CALL UNITED HLTHC JAN 035 **** LONG TERM OPTIONS EXP 01/20/96 EXP 01/20/1996 | LUHA35 | 5.625 | 36,000 | | |

PRICED PORTFOLIO VALUE 529,540 CURRENT ESTIMATED YIELD .077% TOTAL ESTIMATED INCOME 410

OPEN ORDERS

| TYPE | DATE | QUANTITY | TRANSACTION | DESCRIPTION | SYMBOL | PRICE |
|---|---|---|---|---|---|---|
| MARGIN | 05/26/95 | 200 | BUY | CALL UNITED HLTHC JAN 035 **** LONG TERM OPTIONS EXP 01/20/96 EXP 01/20/1996 ORDER PRICE 5 1/2 GOOD TILL CANCELLED | LUHA35 | 5.625 |

REGULAR ACCOUNT ACTIVITY

| TYPE | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT | COMMISSI |
|---|---|---|---|---|---|---|---|---|
| | | | | BUY-SELL TRANSACTIONS | | | | |
| MARGIN | 05/24 | 8,000- | SOLD | UNITED HEALTHCARE CORP | 38 7/8 | | 310,669.63 | 320. |
| MARGIN | 05/24 | 12,000- | SOLD | UNITED HEALTHCARE CORP | 38 3/4 | | 464,504.50 | 480. |
| MARGIN | 05/25 | 64 | BOUGHT | CALL UNITED HLTHC JAN 035 **** LONG TERM OPTIONS EXP 01/20/96 EXP 01/20/1996 OPEN CONTRACT | 5 5/8 | 36,349.00 | | 349. |
| | | | | FUNDS PAID AND RECEIVED | | | | |
| INCOME | 05/01 | | CHECK | INCOME CHECK | | 409.86 | | |
| MARGIN | 05/18 | | CHECK | 300032874 | | 25,000.00 | | |
| MARGIN | 05/25 | | CHECK | 300032985 | | 50,000.00 | | |

010 8 A 01 05/27/95,09:36 PG 171,835

MTD: 1.1
YTD: 1.9



0004397

A 06

RECOM SECURITIES, INC.
SUITE 142
619 MARQUETTE AVE. SOUTH
MINNEAPOLIS, MN 55402

| ACCOUNT NUMBER | 300-34102-18 | PAGE | 2 OF 2 |
|---|---|---|---|
| A E NUMBER | 009 | PERIOD ENDING | 05/26/95 |

REGULAR ACCOUNT ACTIVITY

| TYPE | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT | COMMISSION |
|---|---|---|---|---|---|---|---|---|
| | | | | MARGIN INTEREST | | | | |
| MRGIN | 05/16 | | INTEREST | INT FR 04/16 THRU05/15@ 8 1/2% BAL 756,040 AVBAL 747,959 | | 5,298.05 | | |

RECOM SECURITIES, INC.
SUITE 142
619 MARQUETTE AVE. SOUTH
MINNEAPOLIS, MN 55402

MICHAEL MOONEY
10089 PURGATORY RD
EDEN PRAIRIE MN 55347-4746

| PERIOD ENDING | ACCOUNT # | R E NUMBER |
|---|---|---|
| 06/30/95 | 300-34102-18 | 009 |
| LAST STATEMENT | TAXPAYER ID # | PAGE |
| 05/26/95 | 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 | 1 of 2 |

| ACCOUNT SUMMARY | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| CASH ACCOUNT | .00 | .00 |
| MARGIN ACCOUNT | 107,513.49DR | 661,831.54DR |
| NET ACCOUNT BALANCE | 107,513.49DR | 661,831.54DR |
| PRICED PORTFOLIO VALUE | 529,540.00 | 1,626,335.00 |
| TOTAL ACCOUNT EQUITY | 422,026.51 | 964,533.46 |

| INCOME SUMMARY | THIS MONTH | YEAR TO DATE |
|---|---|---|
| TAXABLE DIVIDENDS | .00 | 409.86 |
| MARGIN INTEREST EXPENSE | 3,475.91 | 20,701.77 |

PORTFOLIO SUMMARY

| TYPE | QUANTITY | DESCRIPTION | SYMBOL | PRICE | MARKET VALUE | ESTIMATED RATE | ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| MARGIN | 31,422 | UNITED HEALTHCARE CORP | UNH | 41.375 | 1,300,085 | .030 | 943 |
| MARGIN | 200 | CALL UNITED HLTHC JAN 035 **** LONG TERM OPTIONS EXP 01/20/96 EXP 01/20/1996 | LUHA35 | 8.375 | 167,500 | | |
| MARGIN | 100 | CALL UNITED HLTHC SEP 035 **** EXP 09/16/1995 | UNHI35 | 7.25 | 72,500 | | |
| MARGIN | 100 | CALL UNITED HLTHC DEC 035 **** EXP 12/16/1995 | UNHL35 | 8.625 | 86,250 | | |

PRICED PORTFOLIO VALUE 1,626,335 CURRENT ESTIMATED YIELD .057% TOTAL ESTIMATED INCOME 943

REGULAR ACCOUNT ACTIVITY

| TYPE | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT | COMMISSIC |
|---|---|---|---|---|---|---|---|---|
| | | | | BUY-SELL TRANSACTIONS | | | | |
| MARGIN | 05/30 | 136 | BOUGHT | CALL UNITED HLTHC JAN 035 **** LONG TERM OPTIONS EXP 01/20/96 EXP 01/20/1996 OPEN CONTRACT | 5 5/8 | 77,128.45 | | 628.[illegible] |
| MARGIN | 06/07 | 100 | BOUGHT | CALL UNITED HLTHC SEP 035 **** EXP 09/16/1995 OPEN CONTRACT | 6 1/4 | 63,004.25 | | 504.[illegible] |
| MARGIN | 06/15 | 100 | BOUGHT | CALL UNITED HLTHC DEC 035 **** EXP 12/16/1995 OPEN CONTRACT | 8 1/8 | 81,800.83 | | 550.[illegible] |
| | | | | FUNDS PAID AND RECEIVED | | | | |
| MARGIN | 06/02 | | CHECK | 300033051 | | 278,878.61 | | |
| MARGIN | 06/13 | | CHECK | 300033192 | | 50,000.00 | | |
| | | | | SECURITIES RECEIVED AND DELIVERED | | | | |
| MARGIN | 06/09 | 17,760 | RECEIVED | UNITED HEALTHCARE CORP | | | | |

RECOM SECURITIES, INC.
SUITE 142
619 MARQUETTE AVE. SOUTH
MINNEAPOLIS, MN 55402

| | | | |
|---|---|---|---|
| ACCOUNT NUMBER | 300-34102-18 | PAGE | 2 OF 2 |
| A E. NUMBER | 009 | PERIOD ENDING | 06/30/95 |

REGULAR ACCOUNT ACTIVITY

| TYPE | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT | COMMISSIC |
|---|---|---|---|---|---|---|---|---|
| | | | | MARGIN INTEREST | | | | |
| MARGIN | 05/16 | | INTEREST | INT FR 05/16 THRU06/15@ 8 1/2% BAL 658,325 AVBAL 474,886 | | 3,475 91 | | |

RECOM SECURITIES, INC
SUITE 142
619 MARQUETTE AVE. SOUTH
MINNEAPOLIS, MN 55402

MICHAEL MOONEY
10089 PURGATORY RD
EDEN PRAIRIE MN 55347-4746

| PERIOD ENDING | ACCOUNT # | A.E NUMBER |
|---|---|---|
| 07/28/95 | 300-34102-18 | 009 |
| LAST STATEMENT | TAXPAYER ID # | PAGE |
| 06/30/95 | 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 | 1 OF 2 |

| ACCOUNT SUMMARY | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| ASH ACCOUNT | .00 | .00 |
| ARGIN ACCOUNT | 661,801 540R | 621,976.390R |
| ET ACCOUNT BALANCE | 661,801 540R | 621,976 390R |
| RICED PORTFOLIO VALUE | 1,626,335 00 | 1,773,010.00 |
| OTAL ACCOUNT EQUITY | 954,533 46 | 1,151,033.61 |

| INCOME SUMMARY | THIS MONTH | YEAR TO DATE |
|---|---|---|
| TAXABLE DIVIDENDS | 00 | 409.66 |
| MARGIN INTEREST EXPENSE | 4,711 37 | 25,413.14 |

PORTFOLIO SUMMARY

| YPE | QUANTITY | DESCRIPTION | SYMBOL | PRICE | MARKET VALUE | ESTIMATED RATE | ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| ARGIN | 31,678 | UNITED HEALTHCARE CORP | UNH | 45.00 | 1,425,510 | .030 | 950 |
| ARGIN | 200 | CALL UNITED HLTHC JAN 035 **** EXP 01/20/1996 | UHHA35 | 11.75 | 235,000 | | |
| ARGIN | 100 | CALL UNITED HLTHC DEC 035 **** EXP 12/16/1995 | UHHL35 | 11.25 | 112,500 | | |

PRICED PORTFOLIO VALUE 1,773,010 — CURRENT ESTIMATED YIELD .053% — TOTAL ESTIMATED INCOME 950

REGULAR ACCOUNT ACTIVITY

| YPE | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT | COMMISSIO |
|---|---|---|---|---|---|---|---|---|
| | | | | BUY-SELL TRANSACTIONS | | | | |
| ARGIN | 07/17 | 10- | SOLD | CALL UNITED HLTHC SEP 035 **** EXP 09/16/1995 CLOSING CONTRACT PART OF 100 OPT | 9 5/8 | | 9,565.87 | 58.8 |
| ARGIN | 07/17 | 90- | SOLD | CALL UNITED HLTHC SEP 035 **** EXP 09/16/1995 CLOSING CONTRACT PART OF 100 OPT | 9 1/2 | | 84,970.65 | 526.5 |
| | | | | FUNDS PAID AND RECEIVED | | | | |
| ARGIN | 07/14 | | CHECK | 300033606 | | 50,000.00 | | |
| | | | | SECURITIES RECEIVED AND DELIVERED | | | | |
| ARGIN | 07/14 | 256 | RECEIVED | UNITED HEALTHCARE CORP | | | | |
| ARGIN | 07/24 | 200 | LEA | CALL UNITED HLTHC JAN 035 **** EXP 01/20/1996 ROLLOVER LEAP OPTION | | | | |
| ARGIN | 07/24 | 200- | LEA | CALL UNITED HLTHC JAN 035 **** LONG TERM OPTIONS EXP 01/20/96 EXP 01/20/1996 REVERSE LEAP OPTION | | | | |

RECOM SECURITIES, INC
SUITE 142
619 MARQUETTE AVE. SOUTH
MINNEAPOLIS, MN 55402

| | | | |
|---|---|---|---|
| ACCOUNT NUMBER | 300-34102-18 | PAGE | 2 OF 2 |
| A E NUMBER | 009 | PERIOD ENDING | 07/28/95 |

REGULAR ACCOUNT ACTIVITY

| TYPE | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT | COMMIS |
|---|---|---|---|---|---|---|---|---|
| | | | | MARGIN INTEREST | | | | |
| MARGIN | 07/17 | | INTEREST | INT FR 06/16 THRU07/152 8 1/2% BAL 711.801 AVBAL 665.134 | | 4 711 37 | | |

S.C 8 A 01 07/29/95.09 33 PG 183.234

RECOM SECURITIES, INC
SUITE 142
619 MARQUETTE AVE SOUTH
MINNEAPOLIS, MN 55402

MICHAEL MOONEY
10089 PURGATORY RD
EDEN PRAIRIE MN 55347-4746

| PERIOD ENDING | ACCOUNT # | A.E NUMBER |
|---|---|---|
| 08/25/95 | 300-34102-18 | 009 |
| LAST STATEMENT | TAXPAYER ID # | PAGE |
| 07/28/95 | 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 | 1 OF 1 |

| ACCOUNT SUMMARY | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| CASH ACCOUNT | 00 | 00 |
| MARGIN ACCOUNT | 621,976 390R | 764,827 800R |
| NET ACCOUNT BALANCE | 621,976 390R | 764,827 800R |
| PRICED PORTFOLIO VALUE | 1,773,010 00 | 1 578,807 00 |
| TOTAL ACCOUNT EQUITY | 1,151,033 61 | 813,979 20 |

| INCOME SUMMARY | THIS MONTH | YEAR TO DATE |
|---|---|---|
| TAXABLE DIVIDENDS | 00 | 409 86 |
| MARGIN INTEREST EXPENSE | 4,851 41 | 30,264 55 |

PORTFOLIO SUMMARY

| TYPE | QUANTITY | DESCRIPTION | SYMBOL | PRICE | MARKET VALUE | ESTIMATED RATE | ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| MARGIN | 31,678 | UNITED HEALTHCARE CORP | UNH | 41.75 | 1,322,557 | 030 | 950 |
| MARGIN | 200 | CALL UNITED HLTHC JAN 035 **** EXP 01/20/1996 | UHHA35 | 8 625 | 172,500 | | |
| MARGIN | 100 | CALL UNITED HLTHC DEC 035 **** EXP 12/16/1995 | UHKL35 | 8 375 | 83,750 | | |

PRICED PORTFOLIO VALUE 1,578,807 CURRENT ESTIMATED YIELD .060% TOTAL ESTIMATED INCOME 950

REGULAR ACCOUNT ACTIVITY

| TYPE | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT | COMMIS |
|---|---|---|---|---|---|---|---|---|
| | | | | FUNDS PAID AND RECEIVED | | | | |
| MARGIN | 08/03 | | CHECK | 300033836 | | 138,000 00 | | |
| | | | | MARGIN INTEREST | | | | |
| MARGIN | 08/16 | | INTEREST | INT FR 07/16 THRU08/15@ 8 1/4% BAL 759,976 AVBAL 682,896 | | 4,851 41 | | |

RECOM SECURITIES, INC.
SUITE 142
619 MARQUETTE AVE. SOUTH
MINNEAPOLIS, MN 55402

MICHAEL MOONEY
10069 PURGATORY RD
EDEN PRAIRIE MN 55347-4746

| PERIOD ENDING | ACCOUNT # | A E NUMBER |
|---|---|---|
| 09/29/95 | 300-34102-18 | 009 |
| LAST STATEMENT | TAXPAYER ID # | PAGE |
| 08/25/95 | 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 | 1 OF 1 |

| ACCOUNT SUMMARY | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| ACCOUNT | 00 | 00 |
| IN ACCOUNT | 764,827 800R | 770,261 260R |
| ACCOUNT BALANCE | 764,827 800R | 770,261 260R |
| PORTFOLIO VALUE | 1,578 807 00 | 1,980,762 00 |
| ACCOUNT EQUITY | 813,979 20 | 1,210,500.74 |

| INCOME SUMMARY | THIS MONTH | YEAR TO DATE |
|---|---|---|
| TAXABLE DIVIDENDS | 00 | 409 86 |
| MARGIN INTEREST EXPENSE | 5.433 46 | 35.698 01 |

PORTFOLIO SUMMARY

| | QUANTITY | DESCRIPTION | SYMBOL | PRICE | MARKET VALUE | ESTIMATED RATE | ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| M | 31,678 | UNITED HEALTHCARE CORP | UNH | 48 875 | 1,548,262 | 030 | 950 |
| M | 200 | CALL UNITED HLTHC JAN 035 **** EXP 01/20/1996 | UNHA35 | 14 50 | 290,000 | | |
| | 100 | CALL UNITED HLTHC DEC 035 **** EXP 12/16/1995 | UNHL35 | 14.25 | 142,500 | | |

EST. PORTFOLIO VALUE 1,980,762 — CURRENT ESTIMATED YIELD 047% — TOTAL ESTIMATED INCOME 950

REGULAR ACCOUNT ACTIVITY

| | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT | COMMISSION |
|---|---|---|---|---|---|---|---|---|
| | | | | MARGIN INTEREST | | | | |
| M | 09/18 | | INTEREST | INT FR 08/16 THRU09/15@ 8 1/4% BAL 764,827 AVBAL 764,827 | | 5.433.46 | | |

01 09/30/95,11.27 PG 246,269

MTD
YTD 4,208.14 CC

MICHAEL MOONEY
10089 PURGATORY RD
EDEN PRAIRIE MN 55347-4746

| PERIOD ENDING | ACCOUNT # | A.E. NUMBER |
|---|---|---|
| 10/27/95 | 300-34102-18 | 009 |
| LAST STATEMENT | TAXPAYER ID # | PAGE |
| 09/29/95 | 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 | 1 OF 1 |

| ACCOUNT SUMMARY | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| CASH ACCOUNT | 00 | 00 |
| MARGIN ACCOUNT | 770,261 260R | 426,687.580R |
| NET ACCOUNT BALANCE | 770,261 260R | 426,687 580R |
| PRICED PORTFOLIO VALUE | 1,980,762 00 | 1,682,894 00 |
| TOTAL ACCOUNT EQUITY | 1,210,500 74 | 1,256,206 42 |

| INCOME SUMMARY | THIS MONTH | YEAR TO DATE |
|---|---|---|
| TAXABLE DIVIDENDS | .00 | 409 86 |
| MARGIN INTEREST EXPENSE | 4,372 29 | 40,070 30 |

PORTFOLIO SUMMARY

| TYPE | QUANTITY | DESCRIPTION | SYMBOL | PRICE | MARKET VALUE | ESTIMATED ANNUAL RATE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| MARGIN | 31,678 | UNITED HEALTHCARE CORP | UNH | 53 125 | 1,682,894 | 030 | 950 |

PRICED PORTFOLIO VALUE 1,682,894 CURRENT ESTIMATED YIELD .056% TOTAL ESTIMATED INCOME 950

REGULAR ACCOUNT ACTIVITY

| TYPE | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| | | | | BUY-SELL TRANSACTIONS | | | |
| MARGIN | 10/05 | 100- | SOLD | CALL UNITED HLTHC DEC 035 **** EXP 12/16/1995 CLOSING CONTRACT | 14 00 | | 139,298 57 |
| MARGIN | 10/06 | 200- | SOLD | CALL UNITED HLTHC JAN C35 **** EXP 01/20/1996 CLOSING CONTRACT | 15 00 | | 298,647.40 |
| | | | | FUNDS PAID AND RECEIVED | | | |
| MARGIN | 10/09 | | CHECK | 300034494 | | 70,000.00 | |
| MARGIN | 10/24 | | CHECK | 300034623 | | 20,000 00 | |
| | | | | MARGIN INTEREST | | | |
| MARGIN | 10/16 | | INTEREST | INT FR 09/16 THRU10/15@ 8 1/4% BAL 402,315 AVBAL 635,969 | | 4,372 29 | |

COMMISSIONS 69( 1,342

010 8 R 01 10/28/95,08:36 PG 192,836

MTD: 2,C
YTD: 6,2

RECOM SECURITIES, INC.
SUITE 142
619 MARQUETTE AVE. SOUTH
MINNEAPOLIS, MN 55402

MICHAEL MOONEY
10089 PURGATORY RD
EDEN PRAIRIE MN 55347-4746

| PERIOD ENDING | ACCOUNT # | A.E. NUMBER |
|---|---|---|
| 11/24/95 | 300-34102-18 | 009 |
| LAST STATEMENT | TAXPAYER ID # | PAGE |
| 10/27/95 | 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 | 1 OF 1 |

| OUNT SUMMARY | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| ACCOUNT | .00 | .00 |
| IN ACCOUNT | 426,687.58DR | 629,911.34DR |
| ACCOUNT BALANCE | 426,687.58DR | 629,911.34DR |
| ED PORTFOLIO VALUE | 1,682,894.00 | 1,833,364.00 |
| L ACCOUNT EQUITY | 1,256,206.42 | 1,203,452.66 |

| INCOME SUMMARY | THIS MONTH | YEAR TO DATE |
|---|---|---|
| TAXABLE DIVIDENDS | .00 | 409.86 |
| MARGIN INTEREST EXPENSE | 3,223.76 | 43,294.06 |

PORTFOLIO SUMMARY

| | QUANTITY | DESCRIPTION | SYMBOL | PRICE | MARKET VALUE | ESTIMATED ANNUAL RATE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| IN | 31,678 | UNITED HEALTHCARE CORP | UNH | 57.875 | 1,833,364 | .030 | 950 |

CED PORTFOLIO VALUE 1,833,364 CURRENT ESTIMATED YIELD .051% TOTAL ESTIMATED INCOME 950

REGULAR ACCOUNT ACTIVITY

| | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT | COMMISSION |
|---|---|---|---|---|---|---|---|---|
| | | | | FUNDS PAID AND RECEIVED | | | | |
| IN | 11/06 | | CHECK | 300034727 | | 100,000.00 | | |
| IN | 11/20 | | CHECK | 300034862 | | 100,000.00 | | |
| | | | | MARGIN INTEREST | | | | |
| IN | 11/16 | | INTEREST | INT FR 10/16 THRU11/15@ 8 1/4% BAL 526,687 AVBAL 453,783 | | 3,223.76 | | |

S1 11/25/95.11 S1 PG 191,389

RECOM SECURITIES, INC
SUITE 142
619 MARQUETTE AVE. SOUTH
MINNEAPOLIS, MN 55402

MICHAEL MOONEY
10089 PURGATORY RD
EDEN PRAIRIE MN 55347-4746

| PERIOD ENDING | ACCOUNT # | R.E. NUMBER |
|---|---|---|
| 12/29/95 | 300-34102-18 | 009 |
| LAST STATEMENT | TAXPAYER ID # | PAGE |
| 11/24/95 | 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 | 1 OF 1 |

| ACCOUNT SUMMARY | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| CASH ACCOUNT | .00 | .00 |
| MARGIN ACCOUNT | 629,911.340R | 636,427.090R |
| NET ACCOUNT BALANCE | 629,911 340R | 636,427 090R |
| PRICED PORTFOLIO VALUE | 1,833,364.00 | 2,074,909.00 |
| TOTAL ACCOUNT EQUITY | 1,203,452.66 | 1,438,481.91 |

| INCOME SUMMARY | THIS MONTH | YEAR TO DATE |
|---|---|---|
| TAXABLE DIVIDENDS | 00 | 409.86 |
| MARGIN INTEREST EXPENSE | 6,515.75 | 49,809.81 |

AVOID DELAYS IN RECEIVING YEAR-END TAX INFORMATION. PLEASE TAKE A MOMENT AND CHECK THE TAX-PAYER ID NUMBER WHICH APPEARS IN THE BOX IN THE UPPER RIGHT HAND CORNER OF THIS STATEMENT. THE TAXPAYER ID NUMBER SHOULD BE IDENTICAL TO YOUR SOCIAL SECURITY NUMBER. IF THERE IS A DISCREPANCY, PLEASE CALL YOUR BROKERAGE FIRM BEFORE JANUARY 17TH TO CORRECT THE ID NUMBER.

PORTFOLIO SUMMARY

| TYPE | QUANTITY | DESCRIPTION | SYMBOL | PRICE | MARKET VALUE | ESTIMATED RATE | ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| MARGIN | 31,678 | UNITED HEALTHCARE CORP | UNH | 65.50 | 2,074,909 | .030 | 950 |

PRICED PORTFOLIO VALUE 2,074,909 CURRENT ESTIMATED YIELD .045% TOTAL ESTIMATED INCOME 950

REGULAR ACCOUNT ACTIVITY

| TYPE | DATE | QUANTITY | TRANSACTION | DESCRIPTION | PRICE | DEBIT | CREDIT | COMMISSIC |
|---|---|---|---|---|---|---|---|---|
| | | | | MARGIN INTEREST | | | | |
| MARGIN | 12/18 | | INTEREST | INT FR 11/16 THRU12/15@ 8 1/4% BAL 629,911 AVBAL 616,577 | | 4,238.97 | | |
| MARGIN | 12/29 | | INTEREST | INT FR 12/16 THRU12/20@ 8 1/4% BAL 634,150 AVBAL 634,150 | | 726.63 | | |
| MARGIN | 12/29 | | INTEREST | INT FR 12/21 THRU12/31@ 8 % BAL 634,150 AVBAL 634,150 | | 1,550.15 | | |

A CONSOLIDATED 1099 FORM CONTAINING DIV INT OID AND 1099B INFORMATION WILL BE MAILED TO YOU SEPARATELY.

310 8 A 01 12/30/95 13:37 PE 283,789 MTD