CONFIRMATION OF EXERCISE

United HealthCare Corporation
41-1321939
P.O. Box 1459
Mail Route MN12-S246
Minneapolis, MN 55440-1459

Michael A. Mooney
10089 Purgatory Rd
Eden Prairie MN 55347

SS#: 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

| | |
|---|---|
| Grant Number | 881291 |
| Grant Date | 01/30/90 |
| Grant Type | NQ |
| Plan | 1988 |

| | |
|---|---|
| Date of Exercise | 05/23/95 |
| Shares Exercised | 800 |
| Market Value per Share | $36.0000 |
| Option Price per Share | $2.0315 |

Calculation of Gain

| | |
|---|---|
| Market Value | $28,800.00 |
| Option Price | <$1,625.20> |
| Total Gain | $27,174.80 |

Calculation of Taxes

| | Rate % | Amount |
|---|---|---|
| Federal | 28.000 | $7,608.94 |
| MN State | 7.000 | $1,902.24 |
| Soc. Sec. | 6.200 | $0.00 |
| Medicare | 1.450 | $394.03 |
| Total Tax | | $9,905.21 |

Cash Exercise

| | |
|---|---|
| Total Option Price | $1,625.20 |
| Total Tax | $9,905.21 |
| Total Due Company | $11,530.41 |

Registration:
Michael A. Mooney
SS#: 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
10089 Purgatory Rd
Eden Prairie MN 55347

Cert:1 X 800

Confirm Date: 05/23/95

cc: Kathy Evans
Diane Flottemesch
Margee Shapiro
Karen Stanley
Shelly Pribyl
Tax Letter File
File

DEF

Exercise 1 of 2

SCANNED
MAY 28 2008
U.S. DISTRICT COURT ST. PAUL

CONFIRMATION OF EXERCISE

United HealthCare Corporation
41-1321939
P.O. Box 1459
Mail Route MN12-S246
Minneapolis, MN 55440-1459

Michael A. Mooney
10089 Purgatory Rd
Eden Prairie MN 55347

SS#: 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

| | |
|---|---|
| Grant Number | 901152 |
| Grant Date | 07/11/90 |
| Grant Type | NQ |
| Plan | 1990 |

| | |
|---|---|
| Date of Exercise | 05/23/95 |
| Shares Exercised | 16,960 |
| Market Value per Share | $36.0000 |
| Option Price per Share | $4.1565 |

Calculation of Gain

| | |
|---|---|
| Market Value | $610,560.00 |
| Option Price | <$70,494.24> |
| Total Gain | $540,065.76 |

Calculation of Taxes

| | Rate % | Amount |
|---|---|---|
| Federal | 28.000 | $151,218.41 |
| MN State | 7.000 | $37,804.60 |
| Soc. Sec. | 6.200 | $0.00 |
| Medicare | 1.450 | $7,830.95 |
| Total Tax | | $196,853.96 |

Cash Exercise

| | |
|---|---|
| Total Option Price | $70,494.24 |
| Total Tax | $196,853.96 |
| Total Due Company | $267,348.20 |

Registration:
Michael A. Mooney
SS#: 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
10089 Purgatory Rd
Eden Prairie MN 55347

Cert:1 X 16,960

Confirm Date: 05/23/95

cc: Kathy Evans
Diane Flottemesch
Margee Shapiro
Karen Stanley
Shelly Pribyl
Tax Letter File
File

DEF
54