SCANNED
MAY 28 2008
U.S. DISTRICT COURT ST. PAUL

# Analysis of April, May and June 1995 Recom Statements (from Gov. Ex. 41)

1. The Recom monthly statements only show total account values and margin owed as of the end of the month. These exhibits show the values during the months – as actions occur and the stock price changes.

2. All of these exhibits are designed to tie into the month end statements.

3. These exhibits show:

A. Mooney had a margin problem starting April 3rd that was solved on April 13th

B. Mooney had a new margin problem starting at the end of April 19th that was solved May 17th

C. Mooney was within his margin requirements on every day from May 17th until June 14th

# Details Based Upon April 1995 Recom Statement

| | 1 | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|---|
| | Date | Shares in Account | Stock Price Close | Value | Margin Owed | (5÷4) | Action (see notes on next page) |
| 1. | 3/31/95 | 22,162 | $46.75 | $1,036,074 | $514,417 | 49.7% | 1. End of month statement |
| 2. | 4/3/95 | 13,662 | $46.375 | $633,575 | $111,105 | 17.5% | 2. Sold 8500 shares |
| 3. | 4/3/95 | 13,662 | $46.375 | $633,575 | $346,105 | **54.6%** | 3. Check for $235,000 |
| 4. | 4/13/95 | 33,662 | $45.875 | $1,544,244 | $702,776 | 45.5% | 4. Exercised employee stock options for 20,000 shares |
| 5. | 4/17/05 | 33,662 | $45.00 | $1,514,790 | $706,040 | 46.6% | 5. Margin interest charge $3264 |
| 6. | 4/19/95 | 33,662 | $39.375 | $1,325,441 | $766,040 | **57.8%** | 6. Check for $60,000 |
| 7. | 4/28/95 | 33,662 | $36.25 | $1,220,248 | $766,041 | **62.8%** | 7. End of month statement |

Note: Whenever margin owed is more than 50% of the account value (see column #6) there is a margin call situation. Mooney must solve it or else broker will sell any or all shares in order to do so.

## April Notes

Item #

1. End of month statement for March

2. Sold 8,500 shares for $430,311.54 net of commissions

   - the actual sale (trade) date was March 27th (stock price at $47.50)
   - the date (settlement) money was available in the account was April 3rd

3. Recom issued check to Mooney for $235,000 (used to finish purchase of lot for new home)

4. Exercised 20,000 shares of employee stock options on 4/13/95

   - check from Recom for $356,671.25 to United for taxes and exercise costs issued on 4/17/95
   - 20,000 shares received into Recom account on 4/19/95

5. Margin interest (monthly) charge of $3,263.63

6. Recom issued check to Mooney for $60,000 (used to pay balance of 1994 income taxes)

   - Stock price dropped dramatically during the day causing margin problem

7. End of the month statement on April 28th

## Details Based Upon May Activity on May 1995 Statement

| | 1 | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|---|
| | Date | Shares in Account | Stock Price Close | Value (without calls) | Margin Owed | (5÷4) | Action (see notes on next page) |
| 1. | 4/28/95 | 33,662 | $36.25 | $1,220,248 | $766,041 | **62.8%** | 1. End of month statement |
| 2. | 5/1/95 | 33,662 | $36.75 | $1,237,079 | $766,041 | **61.9%** | 2. Dividend Check |
| No activity from 5/1 until 5/16 | | | | | | | |
| 3. | 5/16/95 | 33,662 | $38.25 | $1,287.572 | $771,339 | **59.9%** | 3. Margin interest charge $5298.05 |
| 4. | 5/17/95 | 13,662 | $38.875 | $531,110 | None – balance of + $3835 | -0- | 4. sold 20,000 shares ($775,174) |
| 5. | 5/18/95 | 13,662 | $38.625 | $527,695 | $21,165 | 4.0% | 5. Check for $25,000 |
| 6. | 5/24/95 | 13,662 + 64 calls | $36.50 | $498,663 | $57,514 | 11.5% | 6. Bought 64 calls |
| 7. | 5/25/95 | 13,662 + 64 calls | $36.625 | $500,371 | $107,514 | 21.5% | 7. Check for $50,000 |
| 8. | 5/26/95 | 13,662 + 64 calls | $36.125 | $493,540 | $107,514 | 21.8% | 8. End of month statement |

Note: Whenever margin owed is more than 50% of the account value (see column #6) there is a margin call situation. Mooney must solve it or else broker will sell any or all shares in order to do so.

**May Statement Notes**

1. April end of month statement

2. Dividend check of $409.86 issued to Mooney. No impact on margin account (money was received by Recom on 4/17/95 but kept out of margin account)

3. Margin interest (monthly) charge of $5298.05

4. Sold 20,000 shares

   - sale (trade) date was May 17th
   - money not available in account (settlement) until May 24th ($775,174.13)

5. Check issued to Mooney for $25,000 on May 18th

6. Bought 64 calls for $36,349 on May 24th – not on statement (settlement) until May 25th

7. Check issued to Mooney for $50,000 on May 25th

8. End of month statement on May 26th

# Details Based Upon June 1995 Recom Statement

| | 1 | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|---|
| | Date | Shares in Account | Stock Price Close | Value (without calls) | Margin Owed | (5÷6) | Action (see notes on next page) |
| **May Activity Not on Statement until June** | | | | | | | |
| 1. | 5/23/95 | 31,422 | $36.00 | $1,131.192 | $300,044 | 26.5% | 1. Exercised employee stock options for 17,760 shares |
| 2. | 5/26/95 | 31,422 (+200 calls) | $36.125 | $1,135,120 | $377,172 | 33.2% | 2. Bought 136 calls ($77,128) |
| **June Activity on June Statement** | | | | | | | |
| 3. | 5/26/95 statement | 13,662 (+64 calls) | $36,125 | $493,540 | $107,514 | 21.8% | 3. End of month statement |
| 4. | 5/26/95 adjusted for 1 and 2 above | 31,422 (+ 200 calls) | $36.125 | $1,135,120 | $463,521 | 40.8% | 4. End of month adjusted for 1 and 2 above |
| 5. | 6/6/95 | 31,422 (+300 calls) | $39.375 | $1,237,241 | $526,525 | 42.6% | 5. bought 100 calls ($63,004) |
| 6. | 6/13/95 | 31,422 (+300 calls) | $42.375 | $1,331,507 | $576,525 | 43.3% | 6. Check for $50,000 |
| 7. | 6/14/95 | 31,422 (+400 calls) | $40.00 | $1,256,880 | $658,326 | **52.4%** | 7. Bought 100 calls ($81,801) |
| 8. | 6/16/95 | 31,422 (+400 calls) | $40.00 | $1,256,880 | $661,802 | **52.7%** | 8. Interest Charge |
| 9. | 6/30/95 | 31,422 (+400 calls) | $41.375 | $1,300,085 | $661,802 | **50.9%** | 9. End of month |

Note: Whenever margin owed is more than 50% of the account value (see column #6) there is a margin call situation. Mooney must solve it or else broker will sell any or all shares in order to do so.

## June Statement Notes

1. Exercised 17,760 shares of employee stock options on May 23rd
   - check from Recom for $278,878.61 to United for taxes and exercise costs issued on 6/2/95
   - 17,760 shares received into Recom account on 6/9/95

2. Bought 136 calls for $77,128.45 on May 26th – showed on statement on May 30th

3. May 26th end of the month statement – does not reflect May 23rd stock option exercise or May 26th purchase of calls (these show up on June statement)

4. May 26th statement numbers adjusted for #1 and #2 above

5. Bought 100 calls for $63,004 on June 6th – reflected on statement on June 7th

6. Check issued to Mooney for $50,000 on June 13th

7. Bought 100 calls for $81,801 on June 14th – reflected on statement on June 15th
   - because stock price dropped by over two dollars, margin is over 50%
   - if stock closed at same price as the day before margin owed would have been at 49.4%
   - broker allows some leeway because margin is over by $30,000 but account also holds over $200,000 worth of calls not used in this margin calculation
   - by June 21st the stock price goes back up and margin is below 50% again

8. Margin interest charge of $3,475.91 on 6/16/95

9. End of month statement on June 30th
   - margin is slightly over 50% but stock price recovers again on July 3rd
   - broker will allow some leeway with over $200,000 worth of calls in the account