Attachment N

UHC-1 100055

GOVERNMENT EXHIBIT 25 00-365 JMR

SCANNED MAY 28 2008 U.S. DISTRICT COURT ST. PAUL

# Project Fjord

DRAFT

# Discussion Materials - Musky

April 1995

UHC-1 100137

# Neptune Acquires Musky - 100% Cash @ 6.25%

*Dollars in millions*

## *Earnings Impact: Accretion/(Dilution) - 1995*

Equity Consideration

| Musky Net Income | | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $180 | 16.3% | 14.1% | 11.8% | 9.6% | 7.4% | 5.1% | 2.9% | 0.7% | (1.6)% | (3.8)% | (6.0)% |
| | $185 | 17.6% | 15.3% | 13.1% | 10.9% | 8.6% | 6.4% | 4.1% | 1.9% | (0.3)% | (2.6)% | (4.8)% |
| | $190 | 18.8% | 16.6% | 14.3% | 12.1% | 9.9% | 7.6% | 5.4% | 3.2% | 0.9% | (1.3)% | (3.5)% |
| | $195 | 20.1% | 17.8% | 15.6% | 13.4% | 11.1% | 8.9% | 6.7% | 4.4% | 2.2% | (0.0)% | (2.3)% |
| | $200 | 21.3% | 19.1% | 16.9% | 14.6% | 12.4% | 10.2% | 7.9% | 5.7% | 3.5% | 1.2% | (1.0)% |
| | $205 | 22.6% | 20.4% | 18.1% | 15.9% | 13.7% | 11.4% | 9.2% | 6.9% | 4.7% | 2.5% | 0.2% |
| | $210 | 23.9% | 21.6% | 19.4% | 17.1% | 14.9% | 12.7% | 10.4% | 8.2% | 6.0% | 3.7% | 1.5% |
| | $215 | 25.1% | 22.9% | 20.6% | 18.4% | 16.2% | 13.9% | 11.7% | 9.5% | 7.2% | 5.0% | 2.8% |
| | $220 | 26.4% | 24.1% | 21.9% | 19.7% | 17.4% | 15.2% | 13.0% | 10.7% | 8.5% | 6.3% | 4.0% |

## *Earnings Impact: Accretion/(Dilution) - 1996*

Equity Consideration

| Musky Net Income | | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $240 | 25.0% | 23.2% | 21.4% | 19.6% | 17.9% | 16.1% | 14.3% | 12.5% | 10.8% | 9.0% | 7.2% |
| | $245 | 26.0% | 24.2% | 22.4% | 20.7% | 18.9% | 17.1% | 15.3% | 13.5% | 11.8% | 10.0% | 8.2% |
| | $250 | 27.0% | 25.2% | 23.4% | 21.7% | 19.9% | 18.1% | 16.3% | 14.5% | 12.8% | 11.0% | 9.2% |
| | $255 | 28.0% | 26.2% | 24.4% | 22.7% | 20.9% | 19.1% | 17.3% | 15.5% | 13.8% | 12.0% | 10.2% |
| | $260 | 29.0% | 27.2% | 25.4% | 23.7% | 21.9% | 20.1% | 18.3% | 16.5% | 14.8% | 13.0% | 11.2% |
| | $265 | 30.0% | 28.2% | 26.4% | 24.7% | 22.9% | 21.1% | 19.3% | 17.5% | 15.8% | 14.0% | 12.2% |
| | $270 | 31.0% | 29.2% | 27.4% | 25.7% | 23.9% | 22.1% | 20.3% | 18.5% | 16.8% | 15.0% | 13.2% |
| | $275 | 32.0% | 30.2% | 28.4% | 26.7% | 24.9% | 23.1% | 21.3% | 19.5% | 17.8% | 16.0% | 14.2% |
| | $280 | 33.0% | 31.2% | 29.4% | 27.7% | 25.9% | 24.1% | 22.3% | 20.6% | 18.8% | 17.0% | 15.2% |

Note: Assumes Neptune estimates of $2.24 and $2.80 for 1995 and 1996 respectively.
Based on estimated Musky book value of $712 million.
Based on 20 year amortization period.

# Neptune Acquires Musky - 100% Cash @ 6.25%

*Dollars in millions*

## *Earnings Impact: Accretion/(Dilution) - 1995*

Equity Consideration

| Musky Net Income | | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $180 | 3.9% | 0.4% | (3.1)% | (6.6)% | (10.1)% | (13.6)% | (17.1)% | (20.6)% | (24.1)% | (27.6)% | (31.1)% |
| | $185 | 5.1% | 1.6% | (1.9)% | (5.4)% | (8.9)% | (12.4)% | (15.8)% | (19.3)% | (22.8)% | (26.3)% | (29.8)% |
| | $190 | 6.4% | 2.9% | (0.6)% | (4.1)% | (7.6)% | (11.1)% | (14.6)% | (18.1)% | (21.6)% | (25.1)% | (28.6)% |
| | $195 | 7.6% | 4.1% | 0.6% | (2.8)% | (6.3)% | (9.8)% | (13.3)% | (16.8)% | (20.3)% | (23.8)% | (27.3)% |
| | $200 | 8.9% | 5.4% | 1.9% | (1.6)% | (5.1)% | (8.6)% | (12.1)% | (15.6)% | (19.1)% | (22.5)% | (26.0)% |
| | $205 | 10.2% | 6.7% | 3.2% | (0.3)% | (3.8)% | (7.3)% | (10.8)% | (14.3)% | (17.8)% | (21.3)% | (24.8)% |
| | $210 | 11.4% | 7.9% | 4.4% | 0.9% | (2.6)% | (6.1)% | (9.5)% | (13.0)% | (16.5)% | (20.0)% | (23.5)% |
| | $215 | 12.7% | 9.2% | 5.7% | 2.2% | (1.3)% | (4.8)% | (8.3)% | (11.8)% | (15.3)% | (18.8)% | (22.3)% |
| | $220 | 13.9% | 10.4% | 6.9% | 3.4% | (0.0)% | (3.5)% | (7.0)% | (10.5)% | (14.0)% | (17.5)% | (21.0)% |

## *Earnings Impact: Accretion/(Dilution) - 1996*

Equity Consideration

| Musky Net Income | | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $240 | 15.1% | 12.3% | 9.5% | 6.8% | 4.0% | 1.2% | (1.6)% | (4.4)% | (7.1)% | (9.9)% | (12.7)% |
| | $245 | 16.1% | 13.3% | 10.5% | 7.8% | 5.0% | 2.2% | (0.6)% | (3.4)% | (6.1)% | (8.9)% | (11.7)% |
| | $250 | 17.1% | 14.3% | 11.5% | 8.8% | 6.0% | 3.2% | 0.4% | (2.4)% | (5.1)% | (7.9)% | (10.7)% |
| | $255 | 18.1% | 15.3% | 12.5% | 9.8% | 7.0% | 4.2% | 1.4% | (1.4)% | (4.1)% | (6.9)% | (9.7)% |
| | $260 | 19.1% | 16.3% | 13.5% | 10.8% | 8.0% | 5.2% | 2.4% | (0.4)% | (3.1)% | (5.9)% | (8.7)% |
| | $265 | 20.1% | 17.3% | 14.5% | 11.8% | 9.0% | 6.2% | 3.4% | 0.6% | (2.1)% | (4.9)% | (7.7)% |
| | $270 | 21.1% | 18.3% | 15.5% | 12.8% | 10.0% | 7.2% | 4.4% | 1.6% | (1.1)% | (3.9)% | (6.7)% |
| | $275 | 22.1% | 19.3% | 16.5% | 13.8% | 11.0% | 8.2% | 5.4% | 2.6% | (0.1)% | (2.9)% | (5.7)% |
| | $280 | 23.1% | 20.3% | 17.5% | 14.8% | 12.0% | 9.2% | 6.4% | 3.6% | 0.9% | (1.9)% | (4.7)% |

Note: Assumes Neptune estimates of $2.24 and $2.80 for 1995 and 1996 respectively.
Based on estimated Musky book value of $712 million.
Based on 10 year amortization period.

UHC-1 100142

# Neptune Acquires Musky - 50% Convertible Preferred/50% Cash @ 6.25%

*Dollars in millions*

## *Earnings Impact: Accretion/(Dilution) - 1995*

Equity Consideration

| Musky Net Income | | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $180 | 14.5% | 12.4% | 10.3% | 8.2% | 6.1% | 4.0% | 2.0% | (0.0)% | (2.0)% | (4.0)% | (6.0)% |
| | $185 | 15.7% | 13.5% | 11.4% | 9.3% | 7.2% | 5.2% | 3.1% | 1.1% | (0.9)% | (2.9)% | (4.9)% |
| | $190 | 16.8% | 14.7% | 12.6% | 10.5% | 8.4% | 6.3% | 4.2% | 2.2% | 0.2% | (1.8)% | (3.8)% |
| | $195 | 18.0% | 15.9% | 13.7% | 11.6% | 9.5% | 7.4% | 5.4% | 3.3% | 1.3% | (0.7)% | (2.7)% |
| | $200 | 19.2% | 17.0% | 14.9% | 12.7% | 10.6% | 8.6% | 6.5% | 4.5% | 2.4% | 0.4% | (1.6)% |
| | $205 | 20.3% | 18.2% | 16.0% | 13.9% | 11.8% | 9.7% | 7.6% | 5.6% | 3.5% | 1.5% | (0.5)% |
| | $210 | 21.5% | 19.3% | 17.2% | 15.0% | 12.9% | 10.8% | 8.7% | 6.7% | 4.7% | 2.6% | 0.6% |
| | $215 | 22.6% | 20.5% | 18.3% | 16.2% | 14.0% | 11.9% | 9.9% | 7.8% | 5.8% | 3.7% | 1.7% |
| | $220 | 23.8% | 21.6% | 19.4% | 17.3% | 15.2% | 13.1% | 11.0% | 8.9% | 6.9% | 4.9% | 2.9% |

## *Earnings Impact: Accretion/(Dilution) - 1996*

Equity Consideration

| Musky Net Income | | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $240 | 21.0% | 19.2% | 17.3% | 15.5% | 13.8% | 12.0% | 10.2% | 8.5% | 6.8% | 5.0% | 3.4% |
| | $245 | 21.9% | 20.1% | 18.3% | 16.5% | 14.7% | 12.9% | 11.1% | 9.4% | 7.6% | 5.9% | 4.2% |
| | $250 | 22.9% | 21.0% | 19.2% | 17.4% | 15.6% | 13.8% | 12.0% | 10.3% | 8.5% | 6.8% | 5.1% |
| | $255 | 23.8% | 21.9% | 20.1% | 18.3% | 16.5% | 14.7% | 12.9% | 11.2% | 9.4% | 7.7% | 6.0% |
| | $260 | 24.7% | 22.8% | 21.0% | 19.2% | 17.4% | 15.6% | 13.8% | 12.0% | 10.3% | 8.6% | 6.9% |
| | $265 | 25.6% | 23.8% | 21.9% | 20.1% | 18.3% | 16.5% | 14.7% | 12.9% | 11.2% | 9.5% | 7.8% |
| | $270 | 26.5% | 24.7% | 22.8% | 21.0% | 19.2% | 17.4% | 15.6% | 13.8% | 12.1% | 10.3% | 8.6% |
| | $275 | 27.5% | 25.6% | 23.7% | 21.9% | 20.1% | 18.3% | 16.5% | 14.7% | 13.0% | 11.2% | 9.5% |
| | $280 | 28.4% | 26.5% | 24.6% | 22.8% | 21.0% | 19.2% | 17.4% | 15.6% | 13.9% | 12.1% | 10.4% |

Note: Assumes Neptune estimates of $2.24 and $2.80 for 1995 and 1996 respectively.
Based on estimated Musky book value of $712 million.
Based on 20 year amortization period.

UHC-1 100141

# Neptune Acquires Musky - 50% Common Stock/50% Cash @ 6.25%

*Dollars in millions*

## *Earnings Impact: Accretion/(Dilution) - 1995*

Equity Consideration

| Musky Net Income | | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $180 | 12.7% | 10.5% | 8.3% | 6.2% | 4.1% | 2.0% | (0.1)% | (2.2)% | (4.2)% | (6.2)% | (8.2)% |
| | $185 | 13.9% | 11.6% | 9.5% | 7.3% | 5.2% | 3.1% | 1.0% | (1.1)% | (3.1)% | (5.2)% | (7.2)% |
| | $190 | 15.0% | 12.8% | 10.6% | 8.4% | 6.3% | 4.2% | 2.1% | 0.0% | (2.0)% | (4.1)% | (6.1)% |
| | $195 | 16.1% | 13.9% | 11.7% | 9.5% | 7.4% | 5.3% | 3.2% | 1.1% | (1.0)% | (3.0)% | (5.0)% |
| | $200 | 17.3% | 15.0% | 12.8% | 10.7% | 8.5% | 6.4% | 4.3% | 2.2% | 0.1% | (1.9)% | (3.9)% |
| | $205 | 18.4% | 16.2% | 14.0% | 11.8% | 9.6% | 7.5% | 5.4% | 3.3% | 1.2% | (0.8)% | (2.8)% |
| | $210 | 19.5% | 17.3% | 15.1% | 12.9% | 10.7% | 8.6% | 6.5% | 4.4% | 2.3% | 0.3% | (1.8)% |
| | $215 | 20.7% | 18.4% | 16.2% | 14.0% | 11.9% | 9.7% | 7.6% | 5.5% | 3.4% | 1.3% | (0.7)% |
| | $220 | 21.8% | 19.6% | 17.3% | 15.1% | 13.0% | 10.8% | 8.7% | 6.6% | 4.5% | 2.4% | 0.4% |

## *Earnings Impact: Accretion/(Dilution) - 1996*

Equity Consideration

| Musky Net Income | | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $240 | 19.1% | 17.2% | 15.3% | 13.4% | 11.6% | 9.8% | 7.9% | 6.2% | 4.4% | 2.6% | 0.9% |
| | $245 | 20.0% | 18.1% | 16.2% | 14.3% | 12.5% | 10.6% | 8.8% | 7.0% | 5.2% | 3.5% | 1.8% |
| | $250 | 20.9% | 19.0% | 17.1% | 15.2% | 13.4% | 11.5% | 9.7% | 7.9% | 6.1% | 4.4% | 2.6% |
| | $255 | 21.8% | 19.9% | 18.0% | 16.1% | 14.2% | 12.4% | 10.6% | 8.8% | 7.0% | 5.2% | 3.5% |
| | $260 | 22.7% | 20.8% | 18.9% | 17.0% | 15.1% | 13.3% | 11.5% | 9.6% | 7.9% | 6.1% | 4.3% |
| | $265 | 23.6% | 21.7% | 19.8% | 17.9% | 16.0% | 14.2% | 12.3% | 10.5% | 8.7% | 6.9% | 5.2% |
| | $270 | 24.5% | 22.6% | 20.7% | 18.8% | 16.9% | 15.0% | 13.2% | 11.4% | 9.6% | 7.8% | 6.0% |
| | $275 | 25.4% | 23.5% | 21.6% | 19.7% | 17.8% | 15.9% | 14.1% | 12.3% | 10.5% | 8.7% | 6.9% |
| | $280 | 26.4% | 24.4% | 22.5% | 20.6% | 18.7% | 16.8% | 15.0% | 13.1% | 11.3% | 9.5% | 7.8% |
| Musky Ownership In Pro Forma: | | 8.9% | 9.3% | 9.8% | 10.2% | 10.6% | 11.0% | 11.3% | 11.7% | 12.1% | 12.5% | 12.8% |

Note: Assumes Neptune estimates of $2.24 and $2.80 for 1995 and 1996 respectively.
Based on estimated Musky book value of $712 million.
Based on 20 year amortization period.

UHC-1 100140

# Neptune Acquires Musky - 100% Convertible Preferred (Fully Diluted)

*Dollars in millions*

## *Earnings Impact: Accretion/(Dilution) - 1995*

Equity Consideration

| | | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $180 | 13.0% | 11.0% | 9.0% | 7.0% | 5.1% | 3.1% | 1.3% | (0.6)% | (2.4)% | (4.2)% | (5.9)% |
| | $185 | 14.1% | 12.0% | 10.0% | 8.0% | 6.1% | 4.2% | 2.3% | 0.4% | (1.4)% | (3.2)% | (5.0)% |
| Musky | $190 | 15.2% | 13.1% | 11.1% | 9.1% | 7.1% | 5.2% | 3.3% | 1.4% | (0.4)% | (2.2)% | (4.0)% |
| Net Income | $195 | 16.2% | 14.2% | 12.1% | 10.1% | 8.2% | 6.2% | 4.3% | 2.4% | 0.6% | (1.2)% | (3.0)% |
| | $200 | 17.3% | 15.2% | 13.2% | 11.2% | 9.2% | 7.3% | 5.3% | 3.5% | 1.6% | (0.2)% | (2.0)% |
| | $205 | 18.4% | 16.3% | 14.2% | 12.2% | 10.2% | 8.3% | 6.4% | 4.5% | 2.6% | 0.8% | (1.0)% |
| | $210 | 19.5% | 17.4% | 15.3% | 13.3% | 11.3% | 9.3% | 7.4% | 5.5% | 3.6% | 1.8% | (0.0)% |
| | $215 | 20.5% | 18.4% | 16.3% | 14.3% | 12.3% | 10.3% | 8.4% | 6.5% | 4.6% | 2.8% | 1.0% |
| | $220 | 21.6% | 19.5% | 17.4% | 15.3% | 13.3% | 11.4% | 9.4% | 7.5% | 5.6% | 3.8% | 1.9% |

## *Earnings Impact: Accretion/(Dilution) - 1996*

Equity Consideration

| | | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $240 | 17.6% | 15.8% | 13.9% | 12.1% | 10.4% | 8.6% | 6.9% | 5.2% | 3.6% | 1.9% | 0.3% |
| | $245 | 18.5% | 16.6% | 14.8% | 13.0% | 11.2% | 9.4% | 7.7% | 6.0% | 4.4% | 2.7% | 1.1% |
| Musky | $250 | 19.3% | 17.5% | 15.6% | 13.8% | 12.0% | 10.3% | 8.5% | 6.8% | 5.2% | 3.5% | 1.9% |
| Net Income | $255 | 20.2% | 18.3% | 16.5% | 14.6% | 12.8% | 11.1% | 9.3% | 7.6% | 6.0% | 4.3% | 2.7% |
| | $260 | 21.0% | 19.2% | 17.3% | 15.5% | 13.7% | 11.9% | 10.2% | 8.4% | 6.8% | 5.1% | 3.5% |
| | $265 | 21.9% | 20.0% | 18.1% | 16.3% | 14.5% | 12.7% | 11.0% | 9.2% | 7.6% | 5.9% | 4.3% |
| | $270 | 22.8% | 20.8% | 19.0% | 17.1% | 15.3% | 13.5% | 11.8% | 10.0% | 8.4% | 6.7% | 5.0% |
| | $275 | 23.6% | 21.7% | 19.8% | 18.0% | 16.1% | 14.3% | 12.6% | 10.9% | 9.1% | 7.5% | 5.8% |
| | $280 | 24.5% | 22.5% | 20.6% | 18.8% | 17.0% | 15.2% | 13.4% | 11.7% | 9.9% | 8.3% | 6.6% |
| Musky Ownership in Pro Forma: | | 15.3% | 16.1% | 16.8% | 17.5% | 18.3% | 19.0% | 19.6% | 20.3% | 21.0% | 21.7% | 22.3% |

Note: Assumes Neptune estimates of $2.24 and $2.80 for 1995 and 1996 respectively.
Based on estimated Musky book value of $712 million.
Based on 20 year amortization period.

UHC-1 100139

4741

# Neptune Acquires Musky - 100% Common Stock

*Dollars in millions*

## *Earnings Impact: Accretion/(Dilution) - 1995*

Equity Consideration

| Musky Net Income | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $180 | 9.8% | 7.6% | 5.5% | 3.5% | 1.4% | (0.5)% | (2.5)% | (4.4)% | (6.2)% | (8.1)% | (9.9)% |
| $185 | 10.8% | 8.6% | 6.5% | 4.5% | 2.4% | 0.5% | (1.5)% | (3.4)% | (5.3)% | (7.1)% | (8.9)% |
| $190 | 11.8% | 9.7% | 7.6% | 5.5% | 3.4% | 1.4% | (0.5)% | (2.4)% | (4.3)% | (6.2)% | (8.0)% |
| $195 | 12.9% | 10.7% | 8.6% | 6.5% | 4.4% | 2.4% | 0.5% | (1.5)% | (3.4)% | (5.2)% | (7.0)% |
| $200 | 13.9% | 11.7% | 9.6% | 7.5% | 5.4% | 3.4% | 1.4% | (0.5)% | (2.4)% | (4.3)% | (6.1)% |
| $205 | 15.0% | 12.8% | 10.6% | 8.5% | 6.4% | 4.4% | 2.4% | 0.5% | (1.4)% | (3.3)% | (5.2)% |
| $210 | 16.0% | 13.8% | 11.6% | 9.5% | 7.4% | 5.4% | 3.4% | 1.4% | (0.5)% | (2.4)% | (4.2)% |
| $215 | 17.0% | 14.8% | 12.6% | 10.5% | 8.4% | 6.4% | 4.4% | 2.4% | 0.5% | (1.4)% | (3.3)% |
| $220 | 18.1% | 15.8% | 13.7% | 11.5% | 9.4% | 7.4% | 5.4% | 3.4% | 1.4% | (0.5)% | (2.3)% |

## *Earnings Impact: Accretion/(Dilution) - 1996*

Equity Consideration

| Musky Net Income | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $240 | 14.2% | 12.3% | 10.3% | 8.4% | 6.6% | 4.8% | 3.0% | 1.2% | (0.5)% | (2.2)% | (3.8)% |
| $245 | 15.1% | 13.1% | 11.1% | 9.2% | 7.4% | 5.5% | 3.8% | 2.0% | 0.3% | (1.4)% | (3.1)% |
| $250 | 15.9% | 13.9% | 12.0% | 10.0% | 8.2% | 6.3% | 4.5% | 2.8% | 1.0% | (0.7)% | (2.3)% |
| $255 | 16.7% | 14.7% | 12.8% | 10.9% | 9.0% | 7.1% | 5.3% | 3.5% | 1.8% | 0.1% | (1.6)% |
| $260 | 17.6% | 15.5% | 13.6% | 11.7% | 9.8% | 7.9% | 6.1% | 4.3% | 2.6% | 0.8% | (0.8)% |
| $265 | 18.4% | 16.4% | 14.4% | 12.5% | 10.6% | 8.7% | 6.9% | 5.1% | 3.3% | 1.6% | (0.1)% |
| $270 | 19.2% | 17.2% | 15.2% | 13.3% | 11.4% | 9.5% | 7.7% | 5.9% | 4.1% | 2.4% | 0.7% |
| $275 | 20.0% | 18.0% | 16.0% | 14.1% | 12.2% | 10.3% | 8.4% | 6.6% | 4.9% | 3.1% | 1.4% |
| $280 | 20.9% | 18.8% | 16.8% | 14.9% | 12.9% | 11.1% | 9.2% | 7.4% | 5.6% | 3.9% | 2.2% |
| Musky Ownership In Pro Forma: | 17.8% | 18.7% | 19.5% | 20.3% | 21.1% | 21.9% | 22.7% | 23.4% | 24.2% | 24.9% | 25.6% |

Note: Assumes Neptune estimates of $2.24 and $2.80 for 1995 and 1996 respectively.
Based on estimated Musky book value of $712 million.
Based on 20 year amortization period.

UHC-1 100138

UHC-1 100143

# Neptune Acquires Musky - 100% Common Stock

*Dollars in millions*

## *Earnings Impact: Accretion/(Dilution) - 1995*

Equity Consideration

| Musky Net Income | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $180 | (0.5)% | (3.6)% | (6.6)% | (9.5)% | (12.4)% | (15.3)% | (18.0)% | (20.8)% | (23.4)% | (26.0)% | (28.6)% |
| $185 | 0.5% | (2.6)% | (5.6)% | (8.5)% | (11.4)% | (14.3)% | (17.1)% | (19.8)% | (22.5)% | (25.1)% | (27.7)% |
| $190 | 1.6% | (1.5)% | (4.6)% | (7.5)% | (10.4)% | (13.3)% | (16.1)% | (18.8)% | (21.5)% | (24.1)% | (26.7)% |
| $195 | 2.6% | (0.5)% | (3.5)% | (6.5)% | (9.4)% | (12.3)% | (15.1)% | (17.8)% | (20.5)% | (23.2)% | (25.8)% |
| $200 | 3.6% | 0.5% | (2.5)% | (5.5)% | (8.4)% | (11.3)% | (14.1)% | (16.9)% | (19.6)% | (22.2)% | (24.8)% |
| $205 | 4.7% | 1.6% | (1.5)% | (4.5)% | (7.4)% | (10.3)% | (13.1)% | (15.9)% | (18.6)% | (21.3)% | (23.9)% |
| $210 | 5.7% | 2.6% | (0.5)% | (3.5)% | (6.4)% | (9.3)% | (12.2)% | (14.9)% | (17.7)% | (20.3)% | (23.0)% |
| $215 | 6.8% | 3.6% | 0.5% | (2.5)% | (5.4)% | (8.3)% | (11.2)% | (14.0)% | (16.7)% | (19.4)% | (22.0)% |
| $220 | 7.8% | 4.6% | 1.6% | (1.5)% | (4.4)% | (7.3)% | (10.2)% | (13.0)% | (15.7)% | (18.4)% | (21.1)% |

## *Earnings Impact: Accretion/(Dilution) - 1996*

Equity Consideration

| Musky Net Income | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $240 | 6.1% | 3.3% | 0.7% | (1.9)% | (4.5)% | (7.0)% | (9.4)% | (11.8)% | (14.2)% | (16.5)% | (18.8)% |
| $245 | 6.9% | 4.2% | 1.5% | (1.1)% | (3.7)% | (6.2)% | (8.6)% | (11.1)% | (13.4)% | (15.7)% | (18.0)% |
| $250 | 7.7% | 5.0% | 2.3% | (0.3)% | (2.9)% | (5.4)% | (7.9)% | (10.3)% | (12.7)% | (15.0)% | (17.3)% |
| $255 | 8.5% | 5.8% | 3.1% | 0.5% | (2.1)% | (4.6)% | (7.1)% | (9.5)% | (11.9)% | (14.2)% | (16.5)% |
| $260 | 9.4% | 6.6% | 3.9% | 1.3% | (1.3)% | (3.8)% | (6.3)% | (8.7)% | (11.1)% | (13.5)% | (15.8)% |
| $265 | 10.2% | 7.4% | 4.8% | 2.1% | (0.5)% | (3.0)% | (5.5)% | (8.0)% | (10.4)% | (12.7)% | (15.0)% |
| $270 | 11.0% | 8.3% | 5.6% | 2.9% | 0.3% | (2.2)% | (4.7)% | (7.2)% | (9.6)% | (12.0)% | (14.3)% |
| $275 | 11.9% | 9.1% | 6.4% | 3.7% | 1.1% | (1.4)% | (4.0)% | (6.4)% | (8.8)% | (11.2)% | (13.5)% |
| $280 | 12.7% | 9.9% | 7.2% | 4.5% | 1.9% | (0.7)% | (3.2)% | (5.6)% | (8.1)% | (10.4)% | (12.8)% |
| Musky Ownership In Pro Forma: | 17.8% | 18.7% | 19.5% | 20.3% | 21.1% | 21.9% | 22.7% | 23.4% | 24.2% | 24.9% | 25.6% |

Note: Assumes Neptune estimates of $2.24 and $2.80 for 1995 and 1996 respectively.
Based on estimated Musky book value of $712 million.
Based on 10 year amortization period.

# Neptune Acquires Musky - 100% Convertible Preferred (Fully Diluted)

*Dollars in millions*

## *Earnings Impact: Accretion/(Dilution) - 1995*

Equity Consideration

| | | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Musky Net Income | $180 | 2.5% | (0.6)% | (3.5)% | (6.4)% | (9.3)% | (12.1)% | (14.9)% | (17.6)% | (20.3)% | (22.9)% | (25.5)% |
| | $185 | 3.5% | 0.5% | (2.5)% | (5.4)% | (8.3)% | (11.1)% | (13.9)% | (16.6)% | (19.3)% | (21.9)% | (24.5)% |
| | $190 | 4.6% | 1.6% | (1.4)% | (4.4)% | (7.2)% | (10.1)% | (12.8)% | (15.6)% | (18.3)% | (20.9)% | (23.5)% |
| | $195 | 5.7% | 2.6% | (0.4)% | (3.3)% | (6.2)% | (9.0)% | (11.8)% | (14.6)% | (17.3)% | (19.9)% | (22.6)% |
| | $200 | 6.7% | 3.7% | 0.7% | (2.3)% | (5.2)% | (8.0)% | (10.8)% | (13.6)% | (16.3)% | (18.9)% | (21.6)% |
| | $205 | 7.8% | 4.7% | 1.7% | (1.2)% | (4.1)% | (7.0)% | (9.8)% | (12.6)% | (15.3)% | (18.0)% | (20.6)% |
| | $210 | 8.9% | 5.8% | 2.8% | (0.2)% | (3.1)% | (6.0)% | (8.8)% | (11.6)% | (14.3)% | (17.0)% | (19.6)% |
| | $215 | 10.0% | 6.9% | 3.8% | 0.9% | (2.1)% | (4.9)% | (7.8)% | (10.5)% | (13.3)% | (16.0)% | (18.6)% |
| | $220 | 11.0% | 7.9% | 4.9% | 1.9% | (1.0)% | (3.9)% | (6.7)% | (9.5)% | (12.3)% | (15.0)% | (17.6)% |

## *Earnings Impact: Accretion/(Dilution) - 1996*

Equity Consideration

| | | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Musky Net Income | $240 | 9.2% | 6.6% | 4.0% | 1.4% | (1.1)% | (3.5)% | (6.0)% | (8.3)% | (10.7)% | (13.0)% | (15.3)% |
| | $245 | 10.1% | 7.4% | 4.8% | 2.3% | (0.2)% | (2.7)% | (5.1)% | (7.5)% | (9.9)% | (12.2)% | (14.5)% |
| | $250 | 10.9% | 8.3% | 5.7% | 3.1% | 0.6% | (1.9)% | (4.3)% | (6.7)% | (9.1)% | (11.4)% | (13.7)% |
| | $255 | 11.8% | 9.1% | 6.5% | 3.9% | 1.4% | (1.1)% | (3.5)% | (5.9)% | (8.3)% | (10.6)% | (12.9)% |
| | $260 | 12.6% | 10.0% | 7.3% | 4.8% | 2.2% | (0.3)% | (2.7)% | (5.1)% | (7.5)% | (9.8)% | (12.1)% |
| | $265 | 13.5% | 10.8% | 8.2% | 5.6% | 3.0% | 0.6% | (1.9)% | (4.3)% | (6.7)% | (9.0)% | (11.3)% |
| | $270 | 14.3% | 11.6% | 9.0% | 6.4% | 3.9% | 1.4% | (1.1)% | (3.5)% | (5.9)% | (8.2)% | (10.5)% |
| | $275 | 15.2% | 12.5% | 9.8% | 7.3% | 4.7% | 2.2% | (0.3)% | (2.7)% | (5.1)% | (7.5)% | (9.8)% |
| | $280 | 16.0% | 13.3% | 10.7% | 8.1% | 5.5% | 3.0% | 0.5% | (1.9)% | (4.3)% | (6.7)% | (9.0)% |
| Musky Ownership In Pro Forma: | | 15.3% | 16.1% | 16.8% | 17.5% | 18.3% | 19.0% | 19.6% | 20.3% | 21.0% | 21.7% | 22.3% |

Note: Assumes Neptune estimates of $2.24 and $2.80 for 1995 and 1996 respectively.
Based on estimated Musky book value of $712 million.
Based on 10 year amortization period.

UHC-1 100144

4744

# Neptune Acquires Musky - 50% Common Stock/50% Cash @ 6.25%

*Dollars in millions*

## *Earnings Impact: Accretion/(Dilution) - 1995*

Equity Consideration

| | | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Musky Net Income | $180 | 1.5% | (1.8)% | (5.0)% | (8.2)% | (11.4)% | (14.5)% | (17.6)% | (20.7)% | (23.7)% | (26.7)% | (29.7)% |
| | $185 | 2.6% | (0.7)% | (3.9)% | (7.1)% | (10.3)% | (13.4)% | (16.5)% | (19.6)% | (22.6)% | (25.6)% | (28.6)% |
| | $190 | 3.7% | 0.5% | (2.8)% | (6.0)% | (9.2)% | (12.3)% | (15.4)% | (18.5)% | (21.5)% | (24.5)% | (27.5)% |
| | $195 | 4.9% | 1.6% | (1.7)% | (4.9)% | (8.1)% | (11.2)% | (14.3)% | (17.4)% | (20.4)% | (23.5)% | (26.4)% |
| | $200 | 6.0% | 2.7% | (0.5)% | (3.8)% | (6.9)% | (10.1)% | (13.2)% | (16.3)% | (19.4)% | (22.4)% | (25.4)% |
| | $205 | 7.2% | 3.9% | 0.6% | (2.6)% | (5.8)% | (9.0)% | (12.1)% | (15.2)% | (18.3)% | (21.3)% | (24.3)% |
| | $210 | 8.3% | 5.0% | 1.7% | (1.5)% | (4.7)% | (7.9)% | (11.0)% | (14.1)% | (17.2)% | (20.2)% | (23.2)% |
| | $215 | 9.4% | 6.1% | 2.8% | (0.4)% | (3.6)% | (6.8)% | (9.9)% | (13.0)% | (16.1)% | (19.1)% | (22.1)% |
| | $220 | 10.6% | 7.3% | 4.0% | 0.7% | (2.5)% | (5.7)% | (8.8)% | (11.9)% | (15.0)% | (18.0)% | (21.0)% |

## *Earnings Impact: Accretion/(Dilution) - 1996*

Equity Consideration

| | | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Musky Net Income | $240 | 10.1% | 7.4% | 4.6% | 1.9% | (0.7)% | (3.4)% | (6.0)% | (8.6)% | (11.1)% | (13.7)% | (16.2)% |
| | $245 | 11.1% | 8.3% | 5.5% | 2.8% | 0.2% | (2.5)% | (5.1)% | (7.7)% | (10.3)% | (12.8)% | (15.3)% |
| | $250 | 12.0% | 9.2% | 6.4% | 3.7% | 1.0% | (1.6)% | (4.2)% | (6.8)% | (9.4)% | (11.9)% | (14.5)% |
| | $255 | 12.9% | 10.1% | 7.3% | 4.6% | 1.9% | (0.7)% | (3.4)% | (6.0)% | (8.5)% | (11.1)% | (13.6)% |
| | $260 | 13.8% | 11.0% | 8.2% | 5.5% | 2.8% | 0.2% | (2.5)% | (5.1)% | (7.7)% | (10.2)% | (12.7)% |
| | $265 | 14.7% | 11.9% | 9.1% | 6.4% | 3.7% | 1.0% | (1.6)% | (4.2)% | (6.8)% | (9.4)% | (11.9)% |
| | $270 | 15.6% | 12.8% | 10.0% | 7.3% | 4.6% | 1.9% | (0.7)% | (3.3)% | (5.9)% | (8.5)% | (11.0)% |
| | $275 | 16.5% | 13.7% | 10.9% | 8.2% | 5.5% | 2.8% | 0.2% | (2.5)% | (5.1)% | (7.6)% | (10.2)% |
| | $280 | 17.4% | 14.6% | 11.8% | 9.1% | 6.4% | 3.7% | 1.0% | (1.6)% | (4.2)% | (6.8)% | (9.3)% |
| Musky Ownership in Pro Forma: | | 8.9% | 9.3% | 9.8% | 10.2% | 10.6% | 11.0% | 11.3% | 11.7% | 12.1% | 12.5% | 12.8% |

Note: Assumes Neptune estimates of $2.24 and $2.80 for 1995 and 1996 respectively.
Based on estimated Musky book value of $712 million.
Based on 10 year amortization period.

UHC-1 100145

4745

# Neptune Acquires Musky - 50% Convertible Preferred/50% Cash @ 6.25%

*Dollars in millions*

## *Earnings Impact: Accretion/(Dilution) - 1995*

Equity Consideration

| Musky Net Income | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $180 | 3.1% | (0.1)% | (3.3)% | (6.5)% | (9.7)% | (12.8)% | (15.9)% | (18.9)% | (22.0)% | (25.0)% | (28.0)% |
| $185 | 4.3% | 1.0% | (2.2)% | (5.4)% | (8.5)% | (11.7)% | (14.8)% | (17.8)% | (20.9)% | (23.9)% | (26.8)% |
| $190 | 5.4% | 2.2% | (1.1)% | (4.2)% | (7.4)% | (10.5)% | (13.6)% | (16.7)% | (19.7)% | (22.8)% | (25.7)% |
| $195 | 6.6% | 3.3% | 0.1% | (3.1)% | (6.3)% | (9.4)% | (12.5)% | (15.6)% | (18.6)% | (21.6)% | (24.6)% |
| $200 | 7.7% | 4.5% | 1.2% | (2.0)% | (5.1)% | (8.3)% | (11.4)% | (14.5)% | (17.5)% | (20.5)% | (23.5)% |
| $205 | 8.9% | 5.6% | 2.4% | (0.8)% | (4.0)% | (7.1)% | (10.2)% | (13.3)% | (16.4)% | (19.4)% | (22.4)% |
| $210 | 10.0% | 6.8% | 3.5% | 0.3% | (2.9)% | (6.0)% | (9.1)% | (12.2)% | (15.3)% | (18.3)% | (21.3)% |
| $215 | 11.2% | 7.9% | 4.7% | 1.5% | (1.7)% | (4.9)% | (8.0)% | (11.1)% | (14.2)% | (17.2)% | (20.2)% |
| $220 | 12.4% | 9.1% | 5.8% | 2.6% | (0.6)% | (3.7)% | (6.9)% | (10.0)% | (13.0)% | (16.1)% | (19.1)% |

## *Earnings Impact: Accretion/(Dilution) - 1996*

Equity Consideration

| Musky Net Income | $1,700 | $1,800 | $1,900 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 | $2,600 | $2,700 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $240 | 11.9% | 9.2% | 6.5% | 3.8% | 1.2% | (1.4)% | (4.0)% | (6.6)% | (9.1)% | (11.6)% | (14.1)% |
| $245 | 12.8% | 10.1% | 7.4% | 4.8% | 2.1% | (0.5)% | (3.1)% | (5.7)% | (8.2)% | (10.8)% | (13.3)% |
| $250 | 13.8% | 11.0% | 8.3% | 5.7% | 3.0% | 0.4% | (2.2)% | (4.8)% | (7.3)% | (9.9)% | (12.4)% |
| $255 | 14.7% | 11.9% | 9.2% | 6.6% | 3.9% | 1.3% | (1.3)% | (3.9)% | (6.5)% | (9.0)% | (11.5)% |
| $260 | 15.6% | 12.9% | 10.2% | 7.5% | 4.8% | 2.2% | (0.4)% | (3.0)% | (5.6)% | (8.1)% | (10.6)% |
| $265 | 16.5% | 13.8% | 11.1% | 8.4% | 5.7% | 3.1% | 0.5% | (2.1)% | (4.7)% | (7.2)% | (9.7)% |
| $270 | 17.4% | 14.7% | 12.0% | 9.3% | 6.6% | 4.0% | 1.4% | (1.2)% | (3.8)% | (6.3)% | (8.9)% |
| $275 | 18.4% | 15.6% | 12.9% | 10.2% | 7.5% | 4.9% | 2.3% | (0.3)% | (2.9)% | (5.4)% | (8.0)% |
| $280 | 19.3% | 16.5% | 13.8% | 11.1% | 8.4% | 5.8% | 3.2% | 0.6% | (2.0)% | (4.6)% | (7.1)% |

Note: Assumes Neptune estimates of $2.24 and $2.80 for 1995 and 1996 respectively.
Based on estimated Musky book value of $712 million.
Based on 10 year amortization period.

UHC-1 100146