Case 0:00-cr-00365-JMR-FLN Document 146-15 Filed 05/28/2008 Page 1 of 1

...delity, Charles ...nk credit cards ...found the right ...eces together." ...is 53, was most ...t executive of the ...Company, a pri-...ern that owns the ...roup and other real ...s. He worked for 24 ...ultimately running ...ing-and-mortgage ...United States.

...ress has already in-...illions of dollars in ...ing effort, Thomas ...lyst with Salomon ...ed. "This is a great ...gy for them," he

and routine financial planning, such as calculating how much money a

and PC-based products at the other end of the spectrum," he said.

# A Giant Health Care Company Is Said to Be Looking for a Buyer

By MICHAEL QUINT

The Metrahealth Companies, the nation's largest health care company created last year as a joint venture by the Metropolitan Life Insurance Company and Travelers Inc., is looking for a buyer, insurance executives and industry analysts said yesterday.

Negotiations for a merger with United Healthcare of Minnetonka, Minn., are far advanced, although no agreement has been completed, according to officials at United Healthcare and analysts who spoke on condition of anonymity. United Healthcare is one of the country's largest owners and operators of health maintenance organizations, and is flush with $2.3 billion of cash from the sale of its pharmacy business last year.

Metrahealth, which is based in McLean, Va., started doing business in its own name this year after months spent recruiting executives and coordinating the sales networks and computer systems used by Metropolitan and Travelers. Kennett Simmons, chief executive of Metrahealth, was head of United Healthcare for many years.

The early months have been rocky for the new company, which earned about $30 million in the first quarter. Although it started with 13 million customers, the most of any health care or health insurance company, it has made little progress in convincing those customers to join health maintenance organizations, which are more profitable.

The time and investment needed to create new and larger health maintenance organizations with networks of doctors and hospitals had been more than Metrahealth's parents were willing to provide, executives said. The chief executive of Travelers, Sanford Weill, has made no secret of his desire to withdraw from the health insurance and health care business. Earlier this month he sold another health insurance subsidiary, Transport Life of Fort Worth.

Ken Abromowitz, an analyst at Sanford C. Bernstein & Company, noted that Mr. Weill was not expected to sell his share of Metrahealth until the company was better established. "This is not an especially auspicious time to sell, unless you think the business is getting worse," he said. Shares of health maintenance companies, including United Healthcare, fell 20 percent and more this spring when profits dropped below expectations.

"If Metrahealth is for sale, then a managed care company that could be effective in converting customers to health maintenance organizations would be a logical buyer," said Ed Keaney, an analyst at Volpe, Welty & Company, a San Francisco securities firm. He noted that United Healthcare was one of only a few health care companies with the financial strength and geographic breadth to take on such a task.

...est™

New York Times 6/21/95 Gov #97

...ow ...ave the ...ore ...ularly ...stocks. ...n ...esearch ...ources ...First ...t you can

# Administration Opposes House Bank Bill

SCANNED
MAY 28 2008
U.S. DISTRICT COURT ST. PAUL