# LEHMAN BROTHERS

June 30, 1995
**U.S. Health Care**

**Biotechnology**
Teena L. Lerner, Ph.D., CFA
**Angeli A. Kolhatkar**

**Health Care Services**
Edmund E. Kroll

**Medical Technology**
Sally A. Yanchus

**Pharmaceuticals**
Richard B. Silver

**International Health Care**

**Europe (UK)**
Stewart Adkins
Ian Smith
Jo Walton

**Asia (Tokyo)**
Kazuhisa Sugita

# HEALTH CARE WORLDWIDE

## WEEK ENDING JUNE 23, 1995

### *Highlights*

**Pharmaceuticals/Biotechnology:**
Highlights From European Neurology Meeting
*Teena L. Lerner*
*Richard B. Silver*
*Jo Walton*

**Teva Pharmaceutical Industries:**
Copaxone Gets Important European Exposure; Little New Data
*Richard B. Silver*

**United Healthcare:**
Merger Discussions With Metrahealth
*Edmund E. Kroll*

Do not distribute to retail clients before checking state Blue Sky restrictions.

GOVERNMENT EXHIBIT 32
00-365 (JMR)

SCANNED
MAY 28 2008
U.S. DISTRICT COURT ST. PAUL

**Comments:**

**Alliance Pharmaceuticals**
CBS Morning News Show Features LiquiVent

**Kraft Inc.:**
Dispensing Drugstore Business Grows; Future Unclear

**PacifiCare Health Systems:**
Trimming Estimates For Third Quarter (June); Maintain 1-M

**Pharmaceuticals/Biotechnology:**
Highlights From European Neurology Meeting

**Respironics Inc.:**
Breathing Easy, Despite Managed Care, Rated 1-H

**Teva Pharmaceutical Industries:**
Copaxone Gets Important European Exposure; Little New Data

**United HealthCare:**
Merger Discussions With Metrahealth

**XENOVA :**
Lower Losses Projected After Headcount Reduction Announced

As a secondary endpoint, the study also measured percentage of patients with change in disability, using "categorical repeated measures" ("improved", "no change", "worse"), the change reaching statistical significance. As disclosed by management following last months AAN meeting in Seattle, results were as follows:

**Change in EDSS by > 1:**

| | Improved | No Change | Worse |
|---|---|---|---|
| **Copaxone** | 24.8% | 54.4% | 20.8% |
| **Placebo** | 15.2 | 56.0 | 28.8 |

Also demonstrated was a reduction in median time to first exacerbation, 0.6 months with Copaxone versus 6.6 months with placebo, or a 31% improvement (a positive trend, but not statistically significant).

Results were also presented on other secondary endpoints including exacerbations per patient segmented by number of exacerbations (0, 1-2, >3), and percentage of relapse free patients.

Data on Copaxone's relatively benign side effect profile was also presented, with results the same as previously disclosed.

***Next significant regulatory milestone will be FDA advisory panel:*** With the NDA filing on Copaxone now complete, the next significant regulatory milestone will be an FDA advisory panel review expected in December 1995 (most likely to also include a review of Biogen's (BGEN, $43 3/4, rated 1-H) Avonex which was filed in May. Assuming a positive panel recommendation, we expect FDA approval by mid-year 1996.

*Richard B. Silver*

## *United HealthCare UNH $42 1/8*
## *06/22/95*

| | | 1 Qtr. | 2 Qtr. | 3 Qtr. | 4 Qtr. | Year |
|---|---|---|---|---|---|---|
| Actual | 1994 EPS | 0.40J | 0.43A | 0.46A | 0.48A | 1.77A |
| Previous | 1995 EPS | 0.51A | 0.55E | 0.57E | 0.59E | 2.22E |
| Current | 1995 EPS | 0.51A | 0.55E | 0.57E | 0.59E | 2.22E |
| Previous | 1996 EPS | 0.63E | 0.66E | 0.68E | 0.71E | 2.67E |
| Current | 1996 EPS | 0.63E | 0.66E | 0.68E | 0.71E | 2.67E |

### MERGER DISCUSSIONS WITH METRAHEALTH

- United Healthcare confirmed rumors yesterday that it is in discussions to acquire Metrahealth, the big indemnity insurer formed last year by the combination of Metropolitan Life and Travelers health insurance businesses. Metra is headed by former United chairman Kenett Simmons.

- We believe United views Metra as a huge source of potential HMO enrollment (i.e., by converting its indemnity book of business to HMO) and a customer for

its varied specialty services (Mental health benefit management, etc.). Metra services about 13 million lives in its health business.

- Price will be the key factor in determining investors' response to this deal (which is by no means done; negotiations are still under way): if the perception is that United is paying a reasonable price for Metra and would need only a modest "hit rate" of conversion to HMO to make the deal accretive to EPS, the deal will be well received. We have no information on price talk, but yesterday the market was betting (United up 2 1/8) that United would make the deal accretive.

- There is a precedent for such a deal, Healthsource (HS, not rated, $45) recently purchased the health business of Provident Insurance (PVB, $23; not rated). This deal is viewed very positively by investors and analysts since it is accretive to earnings and because Healthsource management (particularly CEO Norm Payson) is highly regarded and expected to achieve a reasonable "hit rate" of HMO conversion.

- Dr. Bill McGuire, CEO of United, enjoys an even better reputation among investors (especially as a smart buyer) and we believe he will get the benefit of the doubt on the conversion as long as he is not perceived to be paying up for Metra.

### Investment Summary and Valuation

United's move here is intriguing. Even a modest success rate (10%) in converting Metra's indemnity book would increase United's enrollment by about 50%. The potential for cost savings would be huge, we suspect. Price will be the key in determining whether this deal makes sense or not, so we wait with baited breath for more information. The Healthsource acquisition of Provident has set a good precedent for United with HMO investors and until it is proven to be unworkable, the notion of buying insured lives on the cheap as a source of HMO enrollment seems to make sense, particularly as the HMO industry becomes more competitive (i.e., a "tough neighborhood"). We maintain our 2-M rating for now on United shares.

### What Price Is a Good Price and What Would United Get?

Healthsource paid $231 million for Provident or about 11.5 times 1995 earnings (we estimate that Provident's health business generated about one-third of its total earnings. At a comparable reasonable price, Metra would go for somewhere between $1.4 and $1.7 billion (it has an earnings run rate of between $120 and $150 million for 1995 by our estimate). We believe that at a price like this, Bill McGuire can probably do an accretive deal for his shareholders as Norm Payson did for his.

Metra is by no means a gem of a company. Of its roughly 11 million lives, six million are pure indemnity, three million are indemnity plus PPO, and two million are HMO. We believe the company is currently losing market share, as are most indemnity carriers. While we initially had a conceptual problem with the notion of a top HMO buying "damaged goods", we are warming up to the idea of this strategy as an alternative means of growing enrollment at a low cost. The management challenge in combining these companies would be huge, but United's superior systems capabilites will help a lot and the combined brainpower of Bill McGuire and Ken Simmons (who worked well together in the past at United). The final note here is to ask, is it ever a good time to buy when Sandy Weill (chairman of Travelers, which owns 50% of Metra) is selling? Probably, its okay this time since Sandy does

not have the systems, critical mass, or managed care expertise to succeed in the "tough neighborhood" of today's HMO market.

*Edmund E. Kroll*

***XENOVA XEN 4 (US$) 255 (pence)***
***06/22/95***

### LOWER LOSSES PROJECTED AFTER HEADCOUNT REDUCTION ANNOUNCED

U.K. bio-diversity company Xenova announced this week that the company is rationalizing its R&D focus, with a headcount reduction of 33 to 106. We are lowering our 1995 projected loss for the company to £9.0m from £10.0m; 1996 projected loss is lowered to £8.9m from £12.5m. This move is designed to allow the company to continue development work on the key projects until end-96, without recourse to the market for further development funds. Cash expenditure is thus reduced by more than £4m to end-96; the company currently has cash resources in the region of £13m. There will be an exceptional charge of £0.25m taken in 2Q to provide for redundancy and other associated costs.

The re-focus will allow Xenova to retain full commitment to the most advanced development projects (the XR5000 anti-cancer program, the thrombosis PAI-inhibitor program, and the XR1500 multiple drug resistance inhibitor program). Development work in some earlier stage projects has been put on hold, including the non-benzodiazepine anxiolytic project. The company is in continuing discussions with potential collaborative development partners for the PAI-inhibitor thrombosis product.

Xenova is an attractive longer-term investment opportunity in drug discovery based on natural chemical diversity from microbial sources. This is a proven source of drug leads; indeed, five of the world's top thirty drugs are derived from fungi. Xenova's approach competes with combinatorial chemistry strategies to drug discovery, though the latter approach generally cannot supply leads of equivalent chemical complexity to that of Xenova.

We continue to have a V (Venture) rating on Xenova. This reflects a risk/ reward profile over a multi-year time frame consistent with venture capital. Our valuation on Xenova is in the region of $12, based on a risk-adjusted contribution from individual products in the development portfolio, plus an equivalent contribution which reflects Xenova's ability to identify additional drug leads from natural sources.

*Ian Smith*