Health Care

# PaineWebber

## United Healthcare

### Implications of the MetraHealth acquisition, corporate metamorphosis

**Neutral**

■ United's acquisition of MetraHealth will elevate it to the level of a national insurance carrier, much like Aetna and CIGNA. Investors should look at the resulting company as a new corporation, not just another acquisition for United.

■ United's managed care structure concentrates large pools of members in limited markets. Over 70% of United's HMO members are in the greater Chicago, St. Louis, Columbus and Dayton, Ohio markets, and the states of Florida, Georgia and Alabama. Only 22% of MetraHealth members are in HMOs and nearly 80% of enrollment is self-insured.

■ We think the new United's strategy will be twofold: (1) convert as many non-HMO MetraHealth members as possible to managed care plans, and (2) make significant acquisitions in key East and West Coast states to form a national managed care network. Complicating these efforts will be the deteriorating commercial HMO pricing cycle that is underway.

■ Meeting shareholder earnings expectations while integrating the businesses will be management's biggest challenge in several years. UNH's momentum is already slowing as it approaches the second half consummation of the MetraHealth acquisition.

■ Based on the stock's performance since the deal was announced, investor opinion is mixed at best. Key for the stock is whether investors continue to view United as an HMO with a big indemnity enrollment conversion opportunity, or a major health insurer like Aetna and CIGNA. The P/E difference is critical: United presently sells at nearly 15 times our new $2.80 estimate for 1996; Aetna and CIGNA sell for 8 times next year's projected earnings power.

■ Neutral (3) rating on United shares reaffirmed. We would avoid UNH and other HMOs at current prices.

GOVERNMENT EXHIBIT
34
00-365 (JMR)

SCANNED
MAY 28 2008
U.S. DISTRICT COURT ST. PAUL

4826