# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Michael Alan Mooney CR 00-365 JMR/FLN

2. Defendant and Address: 15565A 26th Avenue North
   Plymouth, MN 55447

3. Date of verdict: N/A.

4. Appealing: (X) Order denying Motion to Vacate (2255) - COA also ruled on in Order, Certificate of Appealability will not issue

5. Sentence: Custody of BOP for 42 months, 3 yrs supervised released, spec assmt of $850.00, $150,000.00 restitution

6. Date sentence imposed: 8/21/02

7. Defendant incarcerated? (X) No - Defendant is released from Custody

8. Financial Status: Fee paid? (X) N/A Counsel previously appointed

9. Notice of Appeal was filed on 5/28/08

10. Court Reporter: N/A

11. Trial Counsel: Appeal Filed Pro Se

12. Trial counsel was: (X) Previously Appointed (X) N/A Pro Se

    Is there any reason why trial counsel should not be appointed on appeal? (X) No

13. Assistant U.S. Attorney: Erica MacDonald and Frank Magill PHONE #: (612) 664-5600

14. List of other defendants in this case & disposition:

    N/A

15. Additional Comments:

    **Probation-No PSI, addendums and Statement of Reasons needed for this appeal.**

    Prepared by: mg