UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-365(JMR)
07-CV-2802(JMR)

United States of America )
)
v. ) ORDER
)
Michael Alan Mooney )

Defendant requests a certificate of appealability [Docket No. 147]. The Court previously considered this question and denied defendant a certificate of appealability in its Order dated May 9, 2008 [Docket No. 145]. The Court reaffirms its prior determination, which was condign. No certificate shall issue.

IT IS SO ORDERED.

Dated: June 18, 2008

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge